

Writer's Direct Dial No.: (952) 460-9223
E-Mail:tpriebe@Hjlawfirm.Com

July 23, 2025

The Honorable Eric C. Tostrud      **VIA E-FILE**
Warren E. Burger Federal Building
U.S. Courthouse
316 North Robert Street, Ste. 100
St. Paul, MN 55101

Re:     LGBTQ+ Real Estate Alliance vs. Ryan A. Weyandt
        Court Case No.: 0:25-cv-02745 (ECT/ECW)
        Our File No.: 38572.0001

Dear Judge Tostrud:

Pursuant to the stipulated agreement between the parties set forth on the record at the hearing on July 16, 2025 (Dkt. 22), I am writing to provide the Court with a status update on behalf of Plaintiff LGBTQ+ Real Estate Alliance ("Alliance").

A table setting forth the current status of Alliance's accounts is enclosed as **Exhibit 1**. As you will see, there are several accounts that remain to be transferred.

Despite Mr. Weyandt's initial cooperation (see below), Alliance has become aware that <u>Mr. Weyandt was arrested and taken into custody</u> earlier this week (Minnesota District Court File: 19HA-CR-25-1373). Given this new information, and as explained further below, Alliance respectfully requests that the Court issue a written Order setting forth the terms of the stipulated agreement, and further stating that Alliance is the legal owner of the relevant accounts. A proposed Second Amended Order is enclosed as **Exhibit 2** for the Court's consideration.

### Mr. Weyandt's Arrest Has Stalled the Account Transfers:

Mr. Weyandt initially cooperated in transferring Alliance's accounts and information back to Alliance after the hearing last week. Aside from a few minor issues, Mr. Weyandt's cooperation continued until Friday, July 18, 2025, when he missed a call scheduled with Google Support to assist in transferring the super admin privileges on the Google Workspace account to Alliance. Since then, several emails have been exchanged between Mr. Weyandt, Mr. Woods, and Google Support. Alliance understands that Mr. Weyandt may have had direct communications with Google Support but does not know (or has been unable to verify) what, exactly, was or was not discussed. In an effort to be brief, Mr. Weyandt has given several excuses for failing to participate

The Honorable Eric C. Tostrud
Court Case No.:  0:25-cv-02745 (ECT/ECW)
July 23, 2025
Page 2

in scheduled calls with Google Support,[1] and the Google Workspace account has still not been transferred.

Alliance will not discuss the criminal charges against Mr. Weyandt in detail here as it appears they are unrelated to the current litigation. However, since <u>the charges relate to unlawful images being stored on electronic systems,</u> it should be noted that Mr. Weyandt's criminal matter highlights **the extreme urgency and importance of transferring all accounts back to Alliance**. With that said, the crucial point is there remain several accounts being held by Mr. Weyant that need to be transferred to Alliance as soon as possible.

In sum, Mr. Weyandt's arrest, detention, and the likelihood of future "personal crises" stemming from his criminal matter have and will complicate Mr. Weyandt's ability to cooperate. In turn, Alliance's ability to gain control over the accounts has become extremely difficult, if not impossible. As such, Alliance respectfully requests an Order from this Court that it can provide to the relevant entities to assist in transferring the accounts without Mr. Weyandt's involvement.

**<u>The Google Workspace Account:</u>**

The highlighted accounts in the enclosed spreadsheet (Ex. 1) reflect the Alliance accounts that are linked to the Google Workspace account. In other words, Alliance's control over the Google Workspace Account is of utmost urgency because it is linked to the remaining accounts that need to be transferred.[2] For example, the super admin for Zoom, YouTube, and Vimeo is ryan@realestatealliance.org, which has been locked and cannot be accessed without control over the Google Workspace account.

Among other things, without super admin control over the Google Workspace account: (1) Alliance is unable to DocUsign agreements, including an agreement with the National Association of Realtors ("NAR") for an annual partnership that follows with a sponsorship check of $50,000;[3] and (2) has approximately 97 members that have been unable to renew their membership with the Alliance due to the website function being disabled. The second issue translates to approximately

---

[1] Mr. Weyandt stated a "family matter" prevented him from taking a call with Google Support on Friday (July 18), and a "personal crisis" prevented him from speaking with Google Support on Monday (July 21). Alliance notes that Mr. Weyandt has a long history of claiming he is unavailable due to "personal crises." Whether true or not, it highlights that Mr. Weyandt often "goes dark" for extended periods of time.

[2] According to information provided, Alliance understands that the Google Workspace account requires a two-factor authentication to be transferred, which is tied to a Google Workspace email (held by Mr. Weyandt) that has been disabled for 30 days.

[3] NAR is unable to send the partnership agreement to the personal email of Alliance's CEO and a proxy is not possible.

The Honorable Eric C. Tostrud
Court Case No.: 0:25-cv-02745 (ECT/ECW)
July 23, 2025
Page 3

$20,000 in lost revenue from renewals.[4] Alliance is providing this information to emphasize how urgent it is to get the Google Workspace Account back online and functioning normally in order to keep its doors open.

Earlier today, Mr. Woods and Alliance's digital support group provided Mr. Weyandt with an email setting forth information that Google was requesting of him to transfer the Google Workspace account. It appears Mr. Weyandt provided a response[5] because Google Support sent an update that "an internal request" was raised with Google's "team of specialists to investigate the issue," which will "take 48-72 business hours." Alliance believes an Order from this Court may help streamline Google's investigation.

**Conclusion:**

It remains uncertain what, if any, assistance or cooperation will (or can) be provided by Mr. Weyandt moving forward. He was difficult to get a hold of and communicate with previously, and his availability is only expected to get worse following his recent criminal charges. As such, Alliance requests the issuance of an Order (Ex. 2) as soon as possible containing language regarding the rightful ownership of the remaining accounts, with the intention of Alliance providing that Order to Google and any other relevant entities to hopefully get the accounts transferred with or without Mr. Weyandt's involvement.

Please let me know if the Court would like to schedule a hearing or conference to discuss this matter further. Given the urgency of this matter, we will make ourselves available at the Court's leisure and will provide any additional information the Court deems necessary upon request.

Very truly yours,

HELLMUTH & JOHNSON

Thomas H. Priebe
Attorney at Law

THP/st
Encs.
Cc: Ryan A. Weyandt (via email: raweyandt@gmail.com and U.S. Mail: 14217 Footbridge Way Apple Valley, MN 55124)
LGBTQ+ Real Estate Alliance (via e-mail)

---

[4] This does not include new member revenue generated by membership drives that are ongoing across Alliance's chapter network or the $50,000 sponsorship payment.

[5] On information and belief, Mr. Weyandt was released yesterday on bond.

| Account | Status | Notes |
|---|---|---|
| Google Workspace/email | Incomplete | Multiple attempts to transfer ownership of the account back to the Alliance |
| Alliance Website transfer | Incomplete | Tied to Google account. Primary conduit for membership revenue. |
| Domain/www.realestatealliance.org | complete | Login secured |
| Domain/www.lgbtqplushomes.com | complete | Login secured |
| Cloudflare domain portal login | complete | Login secured |
| Whova | Canceled | Admin: Giselle Pavlovec. Easier to start over. |
| Get Registered | Canceled | Admin: Giselle Pavlovec. Easier to start over. |
| Zoom | Incomplete | Super admin is ryan@realestatealliance.org. Cannot access without access to google mail. |
| YouTube | Incomplete | Tied to Google Super Admin (Weyandt) |
| Vimeo | Incomplete | Tied to Google Super Admin (Weyandt) |
| X | Incomplete | No login info |
| Snapchat | Incomplete | No login info |
| TikTok | Complete | Pip Franke has the login. |
| LinkedIn | Complete | Pip Franke is the administrator |
| Shopify | Complete | Alex Cruz is the administrator |
| Venmo | Incomplete | We attempted to change. Verification emails were sent to Ryan's email and went unanswered. |
| PayPal | Incomplete | We attempted to change. Verification emails were sent to Ryan's email and went unanswered. |
| Basecamp | Complete | Account manager: Alayna Gohl |
| Canva | Complete | Account Manager: Pip Franke |
| Constant Contact | Complete | Account Manager Mary Mancera |
| Stripe | Incomplete | Admins: John Lynah, Alex Cruz, Pip Franke; RYAN REMAINS A SUPER ADMIN! |
| Quickbooks | Complete | Admins: John Lynah, Alex Cruz |
| Bank of America | Complete | The bank account is in our control. Ryan has been removed. The BAC credit card is a personal line of credit tied to his social security number. Only Ryan can close that account. |
| Chase | Incomplete | Ryan Weyandt is the admin on the account. There are two accounts at Chase. John Lynah will transfer the remaining funds. Ryan needs to close the accounts. |
| Heartland Payroll | Complete | Account Manager: John Lynah |
| Mykaleidoscope.com | canceled | defunct program |
| Bold.org | canceled | defunct program |
| restream.io | inprogress | Randy Kravarik has the login credentials |

EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LGBTQ+ Real Estate Alliance, a Minnesota non-profit company,<br><br>Plaintiff,<br><br>vs.<br><br>Ryan A. Weyandt,<br><br>Defendant. | Case No.:0:25-cv-02745 (ECT/ECW)<br><br>**[PROPOSED SECOND AMENDED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

This matter, came before Judge Eric C. Tostrud on July 16, 2025, and was argued by the parties. At the hearing on July 16, the parties stipulated to an agreement on the record and the Plaintiff provided this Court with a status update on July 23, 2025.

Having considered Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, supporting declarations, exhibits, and applicable law, together with the parties' stipulated agreement and Plaintiff's status update, this Court makes the following order.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **GRANTED**;

2. Defendant is prohibited from misappropriating, stealing, accessing, or otherwise using any of Plaintiff's property or proprietary information, including but not limited to, Plaintiff's Customer List, Domains, Alliance Email Addresses, and Accounts (defined below) for any purpose;

EXHIBIT 2

3. Plaintiff is the rightful and lawful owner of realestatealliance.org and lgbtqplushomes.com (the "Domains").

4. Plaintiff is the rightful and lawful owner of all emails associated with, or controlled by, the Domains ("Alliance Email Addresses").

5. Plaintiff is the rightful and lawful owner of all electronic and online accounts controlled by the Domains and Alliance Email Addresses, and for which the Domains or Alliance Email Addresses are listed as the super administrator, administrator, owner, or authorized representative ("Accounts"), including but not limited to: Google Workspace; Google; Zoom; YouTube; Vimeo; X (Twitter); Snapchat; Venmo; Paypal; and Stripe.

6. Plaintiff may present this Order to any and all entities necessary to facilitate in the transfer of Accounts to Plaintiff or an authorized representative of Plaintiff, including but not limited to Richard Woods.

7. Defendant is prohibited from accessing Plaintiff's e-mail server;

8. Defendant is prohibited from editing or changing any content on Plaintiff's Domains;

9. Defendant shall assist and cooperate with Plaintiff to the best of his ability in a complete transfer to Plaintiff of all access and control to the Domains, Alliance Email Addresses, and Accounts.

10. Defendant shall close the Plaintiff's account with Chase within 30 days of this Order;

3

11. Defendant is prohibited from holding himself out as having authority to act or speak on behalf of Plaintiff, and from communicating any information related to Plaintiff with Plaintiff's vendors, sponsors, or members.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Eric C. Tostrud
Judge of the United States District
Court, District of Minnesota

10643570 – 38572.0001