UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LGBTQ+ Real Estate Alliance, *a Minnesota non-profit company*, | File No. 25-cv-2745 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Ryan A. Weyandt, | |
| Defendant. | |

---

Plaintiff LGBTQ+ Real Estate Alliance moved for a preliminary injunction. If granted, the requested injunction would, among other things, prohibit Defendant Ryan A. Weyandt from controlling or accessing Alliance's customer list, website, and accounts. Accounts subject to the motion include financial accounts and social-media and other electronic accounts. A hearing on the motion was held on Wednesday, July 16, 2025. At the hearing, Mr. Weyandt agreed that he had resigned his position with Alliance and had no interest in Alliance's customer list, and he agreed to work with Alliance to return exclusive control of all accounts that were the subject of the motion to Alliance. Considering Mr. Weyandt's concessions, a ruling on the motion was deferred to give the parties an opportunity to cooperate on these matters, and the parties were ordered to provide the court with a status update on or before July 23, 2025. The parties were working cooperatively to return the accounts to Alliance. However, Mr. Weyandt was charged on July 18, 2025, with various crimes in Dakota County District Court, Case No. 19HA-CR-25-1373. According to Alliance, Mr. Weyandt has been unable or unwilling to cooperate

further regarding the accounts' return. Alliance also represents that a court order is necessary to enable it to obtain control of the accounts without Mr. Weyandt's cooperation and involvement.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Plaintiff LGBTQ+ Real Estate Alliance's Motion for a Preliminary Injunction [ECF No. 6] is **GRANTED IN PART** as follows:

1. Plaintiff LGBTQ+ Real Estate Alliance is the lawful owner of realestatealliance.org and lgbtqplushomes.com (the "Domains").

2. Plaintiff LGBTQ+ Real Estate Alliance is the lawful owner of all emails associated with, or controlled by, the Domains ("Alliance Email Addresses").

3. Plaintiff LGBTQ+ Real Estate Alliance is the lawful owner of all electronic and online accounts controlled by the Domains and Alliance Email Addresses, and for which the Domains or Alliance Email Addresses are listed as the super administrator, administrator, owner, or authorized representative ("Accounts"), including but not limited to: Google Workspace; Google; Zoom; YouTube; Vimeo; X (Twitter); Snapchat; Venmo; PayPal; and Stripe.

4. Plaintiff LGBTQ+ Real Estate Alliance may present this Order to all entities necessary to facilitate the transfer of Accounts to Plaintiff LGBTQ+ Real Estate Alliance or an authorized representative of Plaintiff, including but not limited to Richard Woods.

5. Defendant Ryan A. Weyandt is prohibited from accessing Plaintiff LGBTQ+ Real Estate Alliance's e-mail server.

6. Defendant Ryan A. Weyandt is prohibited from editing or changing any content on Plaintiff LGBTQ+ Real Estate Alliance's Domains.

7. Defendant Ryan A. Weyandt shall close Plaintiff LGBTQ+ Real Estate Alliance's Chase account by not later than August 25, 2025.

8. Defendant Ryan A. Weyandt shall not access, misappropriate, or otherwise use Plaintiff LGBTQ+ Real Estate Alliance's customer list, Domains, Alliance Email Addresses, and Accounts for any purpose.

9. Defendant Ryan A. Weyandt shall not hold himself out as having authority to act or speak on behalf of Plaintiff LGBTQ+ Real Estate Alliance.[1]

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 24, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

---

[1] In its status report, Alliance wrote: "[I]t should be noted that Mr. Weyandt's criminal matter highlights **the extreme urgency and importance of transferring all accounts back to Alliance**." ECF No. 24 at 2. If Alliance is suggesting that any account may contain information relevant to Mr. Weyandt's criminal charges, Alliance is forewarned that this Order in no way permits Alliance to alter, tamper with, destroy, or spoliate such information.