# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| LGBTQ+ Real Estate Alliance<br>a Minnesota non-profit company,<br><br>Plaintiff(s),<br><br>v.<br><br>Ryan A. Weyandt,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-2745 ECT/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff LGBTQ+ Real Estate Alliance's Motion for a Preliminary Injunction [ECF No. 6] is **GRANTED IN PART** as follows:

1. Plaintiff LGBTQ+ Real Estate Alliance is the lawful owner of realestatealliance.org and lgbtqplushomes.com (the "Domains").

2. Plaintiff LGBTQ+ Real Estate Alliance is the lawful owner of all emails associated with, or controlled by, the Domains ("Alliance Email Addresses").

3. Plaintiff LGBTQ+ Real Estate Alliance is the lawful owner of all electronic and online accounts controlled by the Domains and Alliance Email Addresses, and for which the Domains or Alliance Email Addresses are listed as the super administrator, administrator, owner, or authorized representative ("Accounts"), including but not limited to: Google Workspace; Google; Zoom; YouTube; Vimeo; X (Twitter); Snapchat; Venmo; PayPal; and Stripe.

4. Plaintiff LGBTQ+ Real Estate Alliance may present this Order to all entities necessary to facilitate the transfer of Accounts to Plaintiff LGBTQ+ Real Estate Alliance or an authorized representative of Plaintiff, including but not limited to Richard Woods.

5. Defendant Ryan A. Weyandt is prohibited from accessing Plaintiff LGBTQ+ Real Estate Alliance's e-mail server.

6. Defendant Ryan A. Weyandt is prohibited from editing or changing any content on Plaintiff LGBTQ+ Real Estate Alliance's Domains.

7. Defendant Ryan A. Weyandt shall close Plaintiff LGBTQ+ Real Estate Alliance's Chase account by not later than August 25, 2025.

8. Defendant Ryan A. Weyandt shall not access, misappropriate, or otherwise use Plaintiff LGBTQ+ Real Estate Alliance's customer list, Domains, Alliance Email Addresses, and Accounts for any purpose.

9. Defendant Ryan A. Weyandt shall not hold himself out as having authority to act or speak on behalf of Plaintiff LGBTQ+ Real Estate Alliance.

Date: 7/25/2025                                                             KATE M. FOGARTY, CLERK