## Alliance Case - Exhibit Index

Exhibit A: Google Admin Access Request & Lockout Email Chain

Exhibit B: PayPal 2FA Denial Screenshots

Exhibit C: Chrome, WordPress, and Vimeo Transfer Confirmations

Exhibit D: Text Exchanges with Richard Woods and Tommie Wehrle

Exhibit E: Sworn Declaration Regarding Lack of Termination or Accepted Resignation

Exhibit F: Sworn Statement on Origin of Alliance Email List

RECEIVED
JUL 25 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA


SCANNED
JUL 25 2025
U.S. DISTRICT COURT ST. PAUL