

**WRITER'S DIRECT DIAL NO.: (952) 460-9266**
**E-MAIL: jgolbranson@hjlawfirm.com**

September 15, 2025

Magistrate Judge Elizabeth Cowan Wright                                **VIA E-FILE**
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, Minnesota  55101

Re:   LGBTQ+ Real Estate Alliance vs. Ryan A. Weyandt
      Court Case No.:  0:25-cv-02745 (ECT/ECW)
      Our File No.:  38572.0001

Dear Judge Wright:

The Court requested that Plaintiff provide each specific Domain, Email Address, and Account at issue in this case, and identify which party/parties have access and control of the same. (Dkt. 51). Plaintiff respectfully requests a short extension to provide the requested information to the Court.

Plaintiff is actively compiling the necessary details, and, in the interim, has been working with Defendant to regain control of several accounts. We understand that Plaintiff regained control of its QuickBooks account earlier today, and expects to resolve the issues regarding the Chase Bank Account with Defendant this week.

Plaintiff anticipates completing this process and filing the requested information by the end of the week. Please confirm whether Plaintiff's requested extension is acceptable to the Court.

Thank you for your consideration.

Very truly yours,

HELLMUTH & JOHNSON

*John Golbranson*

John P. Golbranson
Attorney at Law

JPG/mss
cc:   Ryan A. Weyandt (via e-mail)
      LGBTQ+ Real Estate Alliance (via e-mail)
      The Honorable Eric C. Tostrud (via email)
      The Honorable Elizabeth Cowan Wright (via email)

10825562 – 38572.0001