IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

LGBTQ+ Real Estate Alliance, a Minnesota non-profit company,

        Plaintiff,

                vs.

Ryan A. Weyandt,

        Defendant.

Case No.: 0:25-cv-02745 (ECT/ECW)

**SUBPOENA TO PRODUCE DOCUMENTS**

(Fed. R. Civ. P. 45)

**TO:**

**JPMorgan Chase Bank, N.A.**

Attn: National Subpoena Processing, Mail Code LA4-7300

700 Kansas Lane

Monroe, Louisiana 71203

YOU ARE COMMANDED to produce at the time, date, and place set forth below the documents described in Schedule A of this subpoena. You may produce documents electronically in searchable PDF or native format to the address below in lieu of personal production.

**<u>PLACE AND DATE OF COMPLIANCE</u>**

**Place:** Ryan A. Weyandt, Pro Se Defendant

14217 Footbridge Way, Apple Valley, Minnesota 55124

ryan.weyandt1@gmail.com

**Date:**  May 16, 2026 (or as soon thereafter as practicable)

## YOUR RIGHTS AND DUTIES

You have the right to object to the production of any document requested. An objection must be served before the earlier of the time specified for compliance or 14 days after service. Fed. R. Civ. P. 45(d)(2)(B). If you withhold documents based on privilege, you must provide a privilege log identifying the basis for each claim. Fed. R. Civ. P. 45(e)(2). This subpoena does not require personal appearance -- only production of documents.

## SCHEDULE A – DOCUMENTS TO BE PRODUCED

**DEFINITIONS**

**1.**  "Alliance" means the LGBTQ+ Real Estate Alliance, its officers, directors, employees, agents, and representatives.

**2.**  "Relevant Period" means January 1, 2022 through June 30, 2025, unless otherwise specified.

**3.**  "Document" has the broadest meaning under Fed. R. Civ. P. 34, including all writings, records, and electronically stored information in any format.

**REQUESTS**

**REQUEST NO. 1:** All account statements, records, and transaction histories for any and all bank accounts held in the name of, or associated with, LGBTQ+ Real Estate Alliance from

January 1, 2022 through June 30, 2025, including checking, savings, and credit accounts.

**REQUEST NO. 2:** All records reflecting the opening, closing, or modification of any Alliance account, including account closure notices, overdraft records, negative balance notifications, and correspondence between JPMorgan Chase and the Alliance concerning account status from January 1, 2022 through June 30, 2025.

**REQUEST NO. 3:** All records reflecting the balance history of any Alliance account on a monthly basis from January 1, 2022 through June 30, 2025, sufficient to establish the financial condition of the Alliance prior to June 25, 2025.

## NOTICE TO PARTIES IN THE CASE

Simultaneous notice of this subpoena has been served upon Plaintiff's counsel of record: Thomas H. Priebe, Jack P. Golbranson, and Amanda M. Kunkel, Hellmuth & Johnson PLLC, 8050 West 78th Street, Edina, Minnesota 55439, in accordance with Fed. R. Civ. P. 45(a)(4).

## ISSUING OFFICER

This subpoena is issued on behalf of Defendant by the Clerk of Court.

Dated: April \_\_\_\_\_, 2026

_____

**CLERK OF COURT**

_____

**Deputy Clerk**

[COURT SEAL]

**Requested by:**

/s/ Ryan A. Weyandt

**Ryan A. Weyandt**

Pro Se Defendant

14217 Footbridge Way

Apple Valley, Minnesota 55124

(952) 356-2849

ryan.weyandt1@gmail.com

## CERTIFICATE OF SERVICE OF SUBPOENA NOTICE

I hereby certify that on April _____, 2026, I served notice of this subpoena upon Plaintiff's counsel of record by electronic mail as follows:

Thomas H. Priebe — tpriebe@hjlawfirm.com

Jack P. Golbranson — jgolbranson@hjlawfirm.com

Amanda M. Kunkel — akunkel@hjlawfirm.com

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

/s/ Ryan A. Weyandt

**Ryan A. Weyandt**

Pro Se Defendant