

**HELLMUTH & JOHNSON**

WRITER'S DIRECT DIAL NO.: (952) 460-9223
E-MAIL:TPRIEBE@HJLAWFIRM.COM

April 22, 2026

Magistrate Judge Elizabeth Cowan Wright                    **<u>VIA E-FILE</u>**
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, Minnesota  55101

Re:     LGBTQ+ Real Estate Alliance vs. Ryan A. Weyandt
        Court Case No.:  0:25-cv-02745 (ECT/ECW)
        Our File No.:  38572.0001

Dear Judge Wright:

I am writing to address Defendant Ryan Weyandt's ("Defendant") Notice of Privilege Breach and Conflict of Interest and Statement of Intent to File Motion to Disqualify (Dkt. 79) and related Declaration (Dkt. 79-1) (collectively "Notice and Statement of Intent").

This Court previously "forewarned and notified" Defendant that his filings which "do not comply with the Court's Local Rules or any other applicable law will be rejected and will not be considered in the adjudication of this case." (Dkt. 38). The Court subsequently rejected one of Defendant's past motions based on, among other things, his failure to file a meet-and-confer statement, notice of hearing, and memorandum of law. (Dkt. 45). The Court also issued an Order/Notice stating "Defendant should not file documents or information on the CM/ECF docket unless they are filed in connection with a motion under Local Rule 7.1." (Dkt. 59).

Despite the Court's past warnings and notices, Defendant's recent Notice and Statement of Intent does not comply with the Federal Rules of Civil Procedure or Local Rules.[1] Further, Defendant's Notice and Statement of Intent was not filed in connection with a motion. (*See* Dkt. 79, p. 2) ("This Notice is filed to create a contemporaneous record of the relevant facts and to formally advise the Court and opposing counsel of Defendant's *intent* to file a Motion to Disqualify…)(emphasis added).[2]

Based on the above, Plaintiff respectfully requests that the Court reject Defendant's Notice and Statement of Intent (Dkt. 79; Dkt. 79-1). Alternatively, since there is no real "motion" to reject, Plaintiff respectfully requests confirmation from the Court that it does not need to file a response under Local Rule 7.1(b)(2).

---

[1] Defendant did not file a notice of hearing, memorandum of law, a meet-and-confer statement, or proposed order. *See* Local Rule 7.1(b). It also appears Defendant failed to obtain a hearing date. *Id*.

[2] Defendant's "intent to file a motion" is not a motion.

Magistrate Judge Elizabeth Cowan Wright
April 22, 2026
Page 2

Very truly yours,

HELLMUTH & JOHNSON

Thomas H. Priebe
Attorney at Law

THP/st
cc:    Ryan A. Weyandt (via email: raweyandt@gmail.com)
       LGBTQ+ Real Estate Alliance (via e-mail)