**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **LGBTQ+ Real Estate Alliance,** <br> *a Minnesota nonprofit corporation,* <br> *Plaintiff,* <br><br> v. <br><br> **Ryan A. Weyandt,** <br> *Defendant.* | **Case No. 0:25-cv-02745 (ECT/ECW)** <br><br> **DEFENDANT'S MOTION TO DISQUALIFY RICHARD WOODS** |

Defendant Ryan A. Weyandt, appearing pro se, respectfully moves this Court for an order disqualifying Richard Woods, Esq. (California State Bar No. 204951), a licensed California attorney, from participating in any capacity in this litigation on behalf of Plaintiff LGBTQ+ Real Estate Alliance.

Mr. Woods established an attorney-client relationship with Defendant on September 13, 2024. Despite that relationship, Mr. Woods has appeared on Plaintiff's side of this litigation at every formal proceeding. His participation violates the California Rules of Professional Conduct, specifically Rules 1.6, 1.7, and 1.9, and constitutes a breach of the attorney-client privilege owed to Defendant.

The grounds for this Motion are fully set forth in the accompanying Memorandum of Law and Declaration of Ryan A. Weyandt. This Motion is brought pursuant to this Court's inherent authority to supervise the conduct of attorneys appearing before it, and within the May 6, 2026 non-dispositive motion deadline established in the Pretrial Scheduling Order (Dkt. 65).

3

Defendant respectfully requests that the Court enter an order:

(1) disqualifying Richard T. Woods from participating in this matter in any capacity, including as observer, advisor, or de facto counsel;

(2) directing Plaintiff's counsel at Hellmuth & Johnson PLLC to disclose, *in camera*, whether any privileged information shared by Defendant with Mr. Woods has been communicated to Hellmuth & Johnson attorneys or staff;

(3) directing Plaintiff's counsel to identify any work product or litigation strategy developed with Mr. Woods' involvement, for the Court's *in camera* review of taint; and

(4) granting such other relief as the Court deems just and proper.

Dated: May 6, 2026

Respectfully submitted,

/s/ Ryan A. Weyandt

Ryan A. H. Weyandt

Defendant, Pro Se

1964 Rahncliff Ct. SE, Suite 200

PO Box 22023

Eagan, Minnesota 55122

(952) 356-2849

ryan.weyandt1@gmail.com

**CERTIFICATE OF SERVICE**

4

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record at Hellmuth & Johnson PLLC:

Thomas H. Priebe, Esq. -- tpriebe@hjlawfirm.com

Jack P. Golbranson, Esq. -- jgolbranson@hjlawfirm.com

Amanda M. Kunkel, Esq. -- akunkel@hjlawfirm.com

/s/ Ryan A. Weyandt

Ryan A. H. Weyandt, Pro Se Defendant