# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

## EXHIBIT 1

## SMS TEXT MESSAGE ARCHIVE -- RICHARD T. WOODS

Samsung SMS Backup & Restore Export
File: sms-20260505085854.xml | Created: May 5, 2026

---

LGBTQ+ Real Estate Alliance, a Minnesota nonprofit corporation, Plaintiff, v. Ryan A. Weyandt, Defendant.

**Case No. 0:25-cv-02745-ECT-ECW EXHIBIT 1 TO DECLARATION OF RYAN A. WEYANDT IN SUPPORT OF DEFENDANT'S MOTION TO DISQUALIFY RICHARD WOODS**

### ARCHIVE SUMMARY

| | |
|---|---|
| **Archive file:** | sms-20260505085854.xml |
| **Created:** | May 5, 2026 |
| **Total messages:** | 307 (138 sent by Defendant; 169 received from Woods) |
| **Date range:** | October 7, 2022 -- December 2, 2024 |
| **Contact:** | Richard T. Woods (CA Bar No. 204951) | +1 (619) 347-9866 |
| **Device:** | Samsung (Defendant's personal device) |
| **Format:** | Samsung SMS Backup &amp; Restore XML export, converted to PDF |
| **Key messages:** | Highlighted with [KEY MESSAGE] notation throughout |

Messages are displayed in chronological order. Type 2 = sent by Defendant (Ryan Weyandt). Type 1 = received from Richard Woods. Messages of particular legal significance are annotated with [KEY MESSAGE] in red.

---

■■ Oct 2022 ■■

---

**RYAN (sent): Oct 7, 2022 13:27:53**

Did your event get handled?

**WOODS (received): Oct 7, 2022 13:33:29**

Yes. Thank you!

**RYAN (sent): Oct 7, 2022 13:48:02**

■■

**WOODS (received): Oct 21, 2022 12:13:25**

Hey Ryan! I just saw that you're on your way to San Diego. Let me know if you have time to meet. I'd love to see you and fill you in on what we have going on. Thanks.

**RYAN (sent): Oct 21, 2022 12:14:50**

At ATL right now trying to make my connection, but I get in sometime this evening. Staying at the Manchester Grand for AREAA, but will have time if you want to do breakfast tomorrow?

**WOODS (received): Oct 21, 2022 12:24:51**

My spouse and I are busy in the morning, unfortunately. We are free tomorrow afternoon and evening, and have more time on Sunday if you'll still be here. I'm also free on Monday. I'd love to see you. Let me know what works for you. I know you're busy so no pressure.

**RYAN (sent): Oct 21, 2022 12:25:57**

Will try to make something work..fly out at 9a Sunday. Just a quick hit and run, then have to head to Arizona for Coldwell Banker Gen Blue conf.

**WOODS (received): Oct 21, 2022 12:26:57**

Sounds good

---

■■ Nov 2022 ■■

---

**RYAN (sent): Nov 18, 2022 12:55:13**

What are the top three things your chapter could benefit most from with the assistance of a staff chapter coordinator?

**WOODS (received): Nov 20, 2022 22:20:03**

Hey Ryan. Thank you for this text! The board chatted and here's what we came up with as our top 3: Regular reports on our account balance Access to membership roster Event suggestions and templates - step-by-step guides to events I so appreciate your dedication and commitment to the Alliance, and your hard work! Happy Thanksgiving!

**RYAN (sent): Nov 20, 2022 22:20:46**

How you doin? Tough day

**RYAN (sent): Nov 20, 2022 22:21:23**

Thank you for those btw. I've asked several leaders and am seeing a crystal clear theme. I'm sorry it's taken us two years to get this turned around.

**WOODS (received): Nov 20, 2022 22:21:39**

I'm well, thanks for asking. It was indeed a tough day. So sad to wake up to another shooting.

**RYAN (sent): Nov 20, 2022 22:21:55**

■■

**RYAN (sent): Nov 20, 2022 22:22:08**

Exhausting. In every sense.

**WOODS (received): Nov 20, 2022 22:22:20**

Great. It's all good. You have to crawl before you can walk and walk before you can run.

**RYAN (sent): Nov 20, 2022 22:22:33**

I appreciate you.

**WOODS (received): Nov 20, 2022 22:23:02**

The great thing is we're all getting there. I appreciate you, too. Keep up the good work.

**RYAN (sent): Nov 21, 2022 19:58:50**

Lol! I'm just seeing this

**WOODS (received): Nov 21, 2022 19:58:53**

[Auto Reply] I'll be out of the office 11/21 thru 11/26. I'll have access to phone, voicemail, texts, & email, but may not respond as quickly as usual.

**RYAN (sent): Nov 21, 2022 19:58:56**

It's gross cold here

**WOODS (received): Nov 21, 2022 20:04:31**

Lol

---

■■ Dec 2022 ■■

---

**WOODS (received): Dec 13, 2022 15:31:52**

Hey Ryan. Happy Holidays. I understand you're traveling, but let me know when you have time to chat. I've been submitting reimbursement requests, one that is more than month old. I'm being told that there were no checks in the stack given to you for this round of reimbursements. I just copied you on an email response to Rodney.

**WOODS (received): Dec 21, 2022 16:16:24**

Thank you, Ryan. I appreciate that. Have a wonderful Christmas! Take care.

**WOODS (received): Dec 23, 2022 16:47:11**

■ ■ ■

**WOODS (received): Dec 23, 2022 16:47:18**

I'm stealing this!

**RYAN (sent): Dec 23, 2022 16:47:33**

As I hoped you would

**RYAN (sent): Dec 23, 2022 16:47:46**

Lol few too many fucks for me to post

**WOODS (received): Dec 23, 2022 16:48:05**

■

**WOODS (received): Dec 29, 2022 15:11:41**

Hey Ryan. I hope you had a nice Christmas. Just FYI: I have not received the check yet. I know there was a holiday and, of course, a blizzard, but I think it would have arrived by now. Thanks

**RYAN (sent): Dec 29, 2022 16:35:00**

Keep Alex posted

**RYAN (sent): Dec 29, 2022 16:35:03**

I'm in the Dominican

**RYAN (sent): Dec 29, 2022 16:35:34**

It went out on the 23rd. Mail in MN was down for 3 days due to the extreme cold

**WOODS (received): Dec 29, 2022 16:36:43**

Ok. Sorry to bother you. I'll check with Alex. I figured the weather may have impacted it. Have a great trip. Thanks for getting back to me.

**RYAN (sent): Dec 29, 2022 16:37:11**

Above all else you're a friend! Happy New Year.

**WOODS (received): Dec 29, 2022 16:37:56**

■

---

**■■ Jan 2023 ■■**

**RYAN (sent): Jan 31, 2023 12:55:51**

You're a machine

**WOODS (received): Jan 31, 2023 12:59:10**

■

**WOODS (received): Jan 31, 2023 13:00:53**

■

**WOODS (received): Jan 31, 2023 13:01:51**

I trust my board and know they can do anything!

**RYAN (sent): Jan 31, 2023 13:03:55**

Hopefully we can keep cultivating our leadership and design some training to get everyone in a position where they can say that as confidently as you can

**WOODS (received): Jan 31, 2023 13:04:16**

■■

**RYAN (sent): Jan 31, 2023 13:04:17**

You're one of the chapters that I feel pretty spoiled with. And I can't even begin to tell you how grateful I am.

**WOODS (received): Jan 31, 2023 13:04:40**

I'm here to help you make that goal a reality, my friend.

**WOODS (received): Jan 31, 2023 13:04:58**

Thank you!

---

■■ Sep 2024 ■■

---

**RYAN (sent): Sep 16, 2024 09:22:32**

❤■■ to a photo

**RYAN (sent): Sep 16, 2024 09:22:47**

Did you send me something

**RYAN (sent): Sep 16, 2024 09:22:50**

By chance

**WOODS (received): Sep 16, 2024 09:23:32**

By mail? No. Only by text.

**RYAN (sent): Sep 16, 2024 09:24:25**

Now I'm just baffled. It wasn't anyone in my family, it wasn't the usual Alliance suspects, I have no idea

**WOODS (received): Sep 16, 2024 09:24:58**

■■ to " Now I'm just baffled. It wasn't anyone in my family, it wasn't the usual Alliance suspects, I have no idea "

**WOODS (received): Sep 16, 2024 09:25:11**

Wow. Ok. It's not from me. Interesting.

**RYAN (sent): Sep 16, 2024 11:09:36**

I'm being told JZ sent an email to the board saying that Austin and I are transphobic and created the bylaws intentionally to disenfranchise trans folks. If you hear that I would appreciate it if you shut it down. You know me. You know my heart.

**WOODS (received): Sep 16, 2024 11:14:47**

■■ to " I'm being told JZ sent an email to the board saying that Austin and I are transphobic and created the bylaws intentionally to disenfranchise trans folks. If you hear that I would appreciate it if you shut it down. You know me. You know my heart. "

**[KEY MESSAGE]**

**WOODS (received): Sep 16, 2024 11:15:11**

**I have not heard that or seen the email. I will shut it down asap if I do.**

**WOODS (received): Sep 16, 2024 18:46:04**

Hey, you. I have a few questions and some thoughts to share with you. Are you available in a few minutes for a quick call?

**RYAN (sent): Sep 21, 2024 11:18:36**

Buenos dias Ricardo

**RYAN (sent): Sep 21, 2024 11:19:01**

I have two questions that I'm struggling producing results for... 1. When were you formally invited to sit as the delegate for region 13?

**WOODS (received): Sep 21, 2024 11:21:48**

Buongiorno mi amico, Ryan

**RYAN (sent): Sep 21, 2024 11:22:22**

Also I want you to know that I'm not avoiding you, I literally have felt like I'm opening a festival on fire Island in 3 days

**WOODS (received): Sep 21, 2024 11:22:23**

Anita appointed me last year when I was struggling with whether I should run for a National office.

**WOODS (received): Sep 21, 2024 11:22:31**

■■ to " Also I want you to know that I'm not avoiding you, I literally have felt like I'm opening a festival on fire Island in 3 days "

**WOODS (received): Sep 21, 2024 11:23:03**

I know. I totally understand. I just want you to know I'm here for you and when you're ready and available, we can talk.

**WOODS (received): Sep 21, 2024 11:23:27**

Btw, side note, I'm studying Italian. Lol

**WOODS (received): Sep 21, 2024 11:24:06**

I suspect some on the board are challenging whether I meet the requirements to run for national office.

**RYAN (sent): Sep 21, 2024 11:24:42**

Yes, but I am not even entertaining that, because I simply won't accept the premise of the argument.

**RYAN (sent): Sep 21, 2024 11:24:54**

And it's an overwhelmingly low minority

**RYAN (sent): Sep 21, 2024 11:26:10**

I have an email from Anita dated September 18th last year confirming Dave gervasi's recommendation that you be appointed in the role of region 13 delegate

**WOODS (received): Sep 21, 2024 11:36:27**

■■ to " Yes, but I am not even entertaining that, because I simply won't accept the premise of the argument. "

**WOODS (received): Sep 21, 2024 11:36:31**

■■ to " And it's an overwhelmingly low minority "

**WOODS (received): Sep 21, 2024 11:36:38**

■■ to " I have an email from Anita dated September 18th last year confirming Dave gervasi's recommendation that you be appointed in the role of region 13 delegate "

**WOODS (received): Sep 21, 2024 11:36:59**

Bam. There you go. That should end the discussion.

**WOODS (received): Sep 21, 2024 11:39:13**

I remember that it was around this time last year.

**WOODS (received): Sep 21, 2024 11:45:35**

I couldn't find it in the 2020 bylaws who gets to vote for national officers. Is it just the board or the board and ELT?

**RYAN (sent): Sep 21, 2024 11:58:19**

That's another thing we're doing battle with, because we didn't have a chapter delegate board when this started, so the chapter presidents took over for the vote. This is the first year that we have a chapter delegate board and my interpretation of the bylaws is that the vote needs to roll back over to the chapter delegate board this year.

**WOODS (received): Sep 21, 2024 12:11:40**

■■ to " That's another thing we're doing battle with, because we didn't have a chapter delegate board when this started, so the chapter presidents took over for the vote. This is the first year that we have a chapter delegate board and my interpretation of the bylaws is that the vote needs to roll back over to the chapter delegate board this year. "

**RYAN (sent): Sep 21, 2024 12:24:31**

In other news I just experienced my very first senior fall.

**WOODS (received): Sep 21, 2024 12:24:47**

■■ to " In other news I just experienced my very first senior fall. "

**RYAN (sent): Sep 21, 2024 12:24:50**

Nothing was hurt or fractured luckily, but I went head first into my pool as I was trying to be lazy about putting the robo vac in ■■■

**WOODS (received): Sep 21, 2024 12:24:58**

Omg. Are you ok??

**RYAN (sent): Sep 21, 2024 12:25:02**

Phone, clothes, and everything

**WOODS (received): Sep 21, 2024 12:25:03**

■■ to " Nothing was hurt or fractured luckily, but I went head first into my pool as I was trying to be lazy about putting the robo vac in ■■■ "

**RYAN (sent): Sep 21, 2024 12:25:08**

Yeah other than drowning a little from laughing so hard underwater

**WOODS (received): Sep 21, 2024 12:25:13**

■■ to " Phone, clothes, and everything "

**WOODS (received): Sep 22, 2024 14:56:37**

You know I'm going to sparkle and shine. Haha

**WOODS (received): Sep 22, 2024 14:57:02**

At least the train ride was pleasant.

**RYAN (sent): Sep 22, 2024 15:56:46**

❤■■ to " You know I'm going to sparkle and shine. Haha "

**RYAN (sent): Sep 22, 2024 15:57:07**

Thank you for being there. It means a lot to the coordinators. I've been in that position, and it's horrifying.

**WOODS (received): Sep 22, 2024 15:59:13**

It was fun, and not boast, but in going to, I freaking killed it. ■

**WOODS (received): Sep 22, 2024 15:59:21**

^to

**WOODS (received): Sep 22, 2024 15:59:28**

*I'm

**WOODS (received): Sep 22, 2024 15:59:50**

I think this went a long to helping rebuild the LA Chapter.

**WOODS (received): Sep 22, 2024 16:00:15**

Christine already asked us to be more involved next year.

**WOODS (received): Sep 22, 2024 16:04:50**

I'll get Jed and Ashley on it.

**RYAN (sent): Sep 22, 2024 16:10:06**

Ashley?

**WOODS (received): Sep 22, 2024 16:14:56**

Ashley Anderson

**RYAN (sent): Sep 22, 2024 16:15:50**

Love

**RYAN (sent): Sep 22, 2024 16:15:54**

Thought he was PS?

**WOODS (received): Sep 22, 2024 16:16:11**

I'm going back to the train station and will start having cocktails. Lol

**WOODS (received): Sep 22, 2024 16:16:47**

No. He's in Ventura. He's a power house. Love him. His a past president of the Ventura AOR.

**RYAN (sent): Sep 22, 2024 16:16:52**

Do me a favor next week and have a good time in Vegas for me

**RYAN (sent): Sep 22, 2024 16:16:53**

■■

**WOODS (received): Sep 22, 2024 16:16:59**

■■ to " Do me a favor next week and have a good time in Vegas for me "

**WOODS (received): Sep 22, 2024 16:17:00**

Hahaha

**WOODS (received): Sep 22, 2024 16:20:13**

You don't have to tell me twice. That's my mission, but I want to make sure our members have a great time so that they continue to renew. ■

**WOODS (received): Sep 22, 2024 16:31:38**

Will there be time for you and me to have a chance to chat or socialize with you, even if it is with other leadership members? I know your time will be limited, so I have no expectations.

**[KEY MESSAGE]**

**WOODS (received): Sep 22, 2024 17:18:30**

> **I'm just going to keep being and doing what I do. If the board doesn't see the value in that, then they are extremely short-sighted. But I'll still be here, whatever the outcome. I appreciate you, said from the attorney to his client.**

**RYAN (sent): Sep 22, 2024 17:30:48**

❤■■ to a photo

**RYAN (sent): Sep 22, 2024 17:31:06**

That's impact. Please give yourself a pat on the back and make sure you post something about this on social

**WOODS (received): Sep 22, 2024 17:31:17**

❤■■ to " That's impact. Please give yourself a pat on the back and make sure you post something about this on social "

**WOODS (received): Sep 22, 2024 17:31:19**

Done

**WOODS (received): Sep 22, 2024 17:33:12**

And an email sent to leadership.

**WOODS (received): Sep 25, 2024 10:12:22**

Good morning. How are you this morning? I'm available if you need to talk or just be around someone just for support and company. I was shaken after running into you last night. I want to be here for whatever you need. Take care.

**WOODS (received): Sep 25, 2024 23:57:59**

■

**[KEY MESSAGE]**

**WOODS (received): Sep 27, 2024 14:56:32**

> **Oh, wow, Ryan. I am so sorry you are going through this and not feeling well on top of it. Feel better soon. My advice to you would be keep communications in writing limited and specific. If you can tolerate it and are feeling up it physically, communicate by phone or in person then document the conversation. And put on it "prepared by the advice of counsel."**

**[KEY MESSAGE]**

**RYAN (sent): Sep 27, 2024 16:59:18**

**■■ to " Oh, wow, Ryan. I am so sorry you are going through this and not feeling well on top of it. Feel better soon. My advice to you would be keep communications in writing limited and specific. If you can tolerate it and are feeling up it physically, communicate by phone or in person then document the conversation. And put on it "prepared by the advice of counsel." "**

**WOODS (received): Sep 27, 2024 17:05:36**

^legal

**WOODS (received): Sep 27, 2024 17:06:08**

I care about you.

**[KEY MESSAGE]**

**WOODS (received): Sep 27, 2024 20:37:49**

**I'm sitting in my room dressed for the Gala. I have a huge, empty spot in my heart right now knowing you won't be there. I'm balling my eyes out, Ryan. If no one else is saying it to you, you need to know that you transformed a 59 year old cisgender white proud gay man's life who thought he had experienced everything in life and probably couldn't learn many new life lessons. You, my dear friend and retained client, have done that. I'm eternally grateful. I wish you the best of life, the best of health, the best of everything, because from my limited perspective of things, you damn well deserve it. You so deserve it. You are going on to much bigger things. Much greater things. You have had and will have an impact on so many lives. Thank you, thank you, thank you and Michael, too, from the bottom of my heart. You've transformed my life. I sincerely hope that, other than guiding you through what you are going through now, that we remain the dearest of friends. Please give my best to Michael. I am so grateful for you. This message was sent to you as a client and is consider an attorney-client communication. Joking, but seriously not joking. You have my gratitude and utmost respect.**

**WOODS (received): Sep 27, 2024 20:39:48**

Ps, just beaching I'm crying doesn't mean I can't be a fierce, mf'ing pit bull for you and if anyone says anything, negative about you tonight, I'm all over defending you.

**WOODS (received): Sep 27, 2024 20:43:39**

*because

**WOODS (received): Sep 28, 2024 12:16:37**

How are you feeling? I hope you're getting better. I just landed in San Diego.

**RYAN (sent): Sep 28, 2024 12:18:25**

I'm fine, thanks. We're sneaking out the side door and getting the fuck out

**WOODS (received): Sep 28, 2024 12:18:38**

❤■■ to " I'm fine, thanks. We're sneaking out the side door and getting the fuck out "

**WOODS (received): Sep 28, 2024 12:18:57**

Be well and safe travels. ■

**RYAN (sent): Sep 28, 2024 12:19:01**

■

**WOODS (received): Sep 28, 2024 12:19:16**

❤■■ to " ■ "

**WOODS (received): Sep 28, 2024 16:55:42**

You just made my day, sweet man. I love your strength, resilience, and tanacity. I hope you and Michael made it home safely. Enjoy the rest of your weekend. I will be well rested and ready to play on Tuesday.

**RYAN (sent): Sep 28, 2024 16:59:21**

Buckle up baby, we're going to have some fun on Wednesday.

**RYAN (sent): Sep 28, 2024 17:11:40**

❤■■ to a GIF

**[KEY MESSAGE]**

**WOODS (received): Sep 30, 2024 14:47:56**

**Hey, Ryan. I just got off of a 45-minute conversation with Jackie. It was related to your text to her over the weekend. She reached out to me to find out what I knew about it. I filled her in to the extent that I could give our attorney-client relationship. Overall, it was a good conversation. She is going to reach out to you by phone to have a conversation, rather than by putting a response or starting a conversation via text or email. I wanted to let you know so that you are prepared. Thanks**

**WOODS (received): Sep 30, 2024 14:48:38**

Also, did you send that same text to Dan Darr? I won't reach out to him unless he reaches out to me first.

---

■■ Oct 2024 ■■

---

**WOODS (received): Oct 2, 2024 18:04:59**

Any update?

**RYAN (sent): Oct 3, 2024 10:41:43**

That's a fair question. I've been getting absolutely bombarded with people checking in on me, and frankly I just left my phone on my nightstand for 4 days and walked away. I don't think I realized how fucked up emotionally and mentally Vegas got me. I had a long conversation with my therapist who I haven't utilized in the better part of 10 years, and she helped reframe the reality of how hard I'm being gaslighted right now. I temporarily stepped outside of my professional life for several days after the conference in Vegas. I was not doing well with all of the bullshit I'm fighting right now, and the conference was a huge disappointment, though gave staff and I the opportunity to see some true colors in our officers which was disappointingly necessary. And actually the conference itself was not a disappointment at all, I'm damn proud of the program we pulled off and the fact that I single-handedly saved it twice when Anita tried to cancel it. My cousin passed while I was in Vegas at the age of 47 after a cancer battle, and that is kind of fucking with me too. We laid him to rest yesterday which helps a bit. Ultimately I just got into self-preservation mode for a few days there. I'm emerging and surfacing. I made a list of all the shit that I've gone through in the last 5 years, including a bomb threat on my old house, and three written death threats, and it reads like a Tom Clancy bestseller list Richard. It's been a lot for all of us so we 2020, But like constantly non-stop since 2019. So when people say that, I don't know that I even recognize it anymore because it's just the new pace of reality for me. Which I'm no longer willing to accept. I need to make some critical decisions here in the next few days, though I did tell the board in Vegas that would be the last conference that I was CEO of the Alliance. Unfortunately we have some very serious confidentiality breaches in that boardroom, and word is traveling on its own, so now I'm forced to address it in my own way, which comes next.

**WOODS (received): Oct 10, 2024 21:01:57**

Do we have any connections with any major league sports teams? Check out this interview. I may be way off base, but I think there could be some synergy here to get these sports leagues to support the Alliance. I have some minor connections with major sports teams. Is it worth exploring given the Stop Hate In Real Estate initiative? Am I off base here? Is it too far a field? Thanks.
https://www.today.com/news/sports/robert-kraft-timeout-against-hate-campaign-rcna174789

**WOODS (received): Oct 10, 2024 21:12:06**

I sent this to Mary Mancera, too. I thought it was a group text.

**WOODS (received): Oct 10, 2024 21:42:26**

https://www.tiktok.com/t/ZTFaDWC96/

**WOODS (received): Oct 16, 2024 14:31:07**

Hey, Ryan. It's been a couple of weeks. I'm just checking in on you. I hope you're doing better.

**RYAN (sent): Oct 16, 2024 15:29:46**

... Okay that's a little melodramatic

**[KEY MESSAGE]**

**RYAN (sent): Oct 16, 2024 15:31:11**

**But I'm back. Physically, mentally, and emotionally. I'm here to do the best I can at the job I have while I have it. I'm incredibly committed to that, as is the rest of staff. I still have some major concerns, nothing that you and I have talked about on our privileged time has been addressed, and I fear it will be ignored and steamrolled. But I can only control what I can control. It's my mission right now is digging this organization out of debt, getting all of our bills paid, getting our commitments for 2025 funding, getting a member retention plan in place, a strat plan and budget in place, and then a transition plan.**

**[KEY MESSAGE]**

**WOODS (received): Oct 16, 2024 15:32:16**

**❤■■ to " But I'm back. Physically, mentally, and emotionally. I'm here to do the best I can at the job I have while I have it. I'm incredibly committed to that, as is the rest of staff. I still have some major concerns, nothing that you and I have talked about on our privileged time has been addressed, and I fear it will be ignored and steamrolled. But I can only control what I can control. It's my mission right now is digging this organization out of debt, getting all of our bills paid, getting our commitments for 2025 funding, getting a member retention plan in place, a strat plan and budget in place, and then a transition plan. "**

**RYAN (sent): Oct 16, 2024 15:35:27**

I do apologize to you personally, as a friend, for just going off the grid. I was and frankly still am very confused and betrayed. It caused me to question almost every relationship I have formed through the alliance in some way, which breaks my heart even more. I had to just shut down incoming communication altogether until I had clarity. And that took some time.

**RYAN (sent): Oct 16, 2024 15:36:10**

I just keep falling back to the fact that we were all at my house a few weeks ago, where I thought we were all genuine friends who cared about each other, interacting with each other and my personal network, my family, my nephews and niece, etc. The whole thing was just a huge blow to me mentally and emotionally that I was not ready for

**WOODS (received): Oct 16, 2024 15:42:15**

You are amazing. I know it has taken such a toll on you. It was so wonderful to see you on the roundtable today. For all that you've been through, you look amazing. You always have a way of stepping up to the task at hand. It's one of your many wonderful qualities.

**RYAN (sent): Oct 16, 2024 15:43:13**

❤■■ to " You are amazing. I know it has taken such a toll on you. It was so wonderful to see you on the roundtable today. For all that you've been through, you look amazing. You always have a way of stepping up to the task at hand. It's one of your many wonderful qualities. "

**RYAN (sent): Oct 16, 2024 15:43:26**

I appreciate that sir. You know how much I admire you, and that coming from you means a lot

**WOODS (received): Oct 16, 2024 15:44:52**

I'm getting the same sense as you. Nobody wants to deal with the issues and concerns you've raised. JZ even redirects questions about the election not taking place and reframes it as NO ONE was qualified for 2027 president and that the most important thing now is filling the Secretary and treasurer positions.

**WOODS (received): Oct 16, 2024 15:45:22**

You never need to apologize to me. I understand what you're going through.

**WOODS (received): Oct 16, 2024 15:46:14**

I'm trying to respond to all your texts, but my mani is starting now. Haha

**RYAN (sent): Oct 16, 2024 15:46:42**

■■ to a photo

**RYAN (sent): Oct 16, 2024 15:46:53**

I get it man, focus on that beautiful chair

**WOODS (received): Oct 16, 2024 15:47:05**

■■ to " I get it man, focus on that beautiful chair "

**WOODS (received): Oct 16, 2024 15:47:17**

■■ to a GIF

**WOODS (received): Oct 16, 2024 15:59:40**

❤■■ to " I appreciate that sir. You know how much I admire you, and that coming from you means a lot "

**WOODS (received): Oct 16, 2024 16:21:49**

Ok. I'm all done. Yes. I also think back to that weekend at your house and how we all seemed like one big family, sharing a common purpose with common goals. I felt like we had each others back. Sure, families/close friends have disagreements, but this revealed to me such more about certain people's personal agendas and self-promotion over the great good. I can how it was a huge blow to you mentally and emotionally.

**WOODS (received): Oct 16, 2024 16:23:37**

I was appalled at the gala, frankly. Your absence was so noticeable and it spoke volumes about the current state of the Alliance. The silence hung over the entire evening. Nobody said your name or acknowledged and I was outraged by it. Others noticed too. I also don't recall them thanking the staff, at least adequately if at all.

**WOODS (received): Oct 16, 2024 16:28:29**

I had dinner with Hilary Saunders last night. Confidentially, I've been considering partnering with Side for several months. Anyway, that's not the point. Hilary brought up that she heard a rumor that there a "kind of a coup" that took place at the end of the conference involving me getting pushed aside. I handled tactfully and politically correct. I told her that there were some bylaws changes, questions about some candidates eligibility, and so the vote was pushed until November. The focus was on finding a current secretary and treasurer. That was more important than selecting the 2027 president.

**RYAN (sent): Oct 16, 2024 16:31:27**

❤■■ to " I had dinner with Hilary Saunders last night. Confidentially, I've been considering partnering with Side for several months. Anyway, that's not the point. Hilary brought up that she heard a rumor that there a "kind of a coup" that took place at the end of the conference involving me getting pushed aside. I handled tactfully and politically correct. I told her that there were some bylaws changes, questions about some candidates eligibility, and so the vote was pushed until November. The focus was on finding a current secretary and treasurer. That was more important than selecting the 2027 president. "

**RYAN (sent): Oct 16, 2024 16:37:31**

PS, she's the real deal.

**RYAN (sent): Oct 16, 2024 16:37:34**

I wouldn't have introduced you otherwise.

**RYAN (sent): Oct 16, 2024 16:37:48**

And Guy Gal, is the shit

**RYAN (sent): Oct 16, 2024 16:37:51**

Also I want his name

**WOODS (received): Oct 16, 2024 16:41:55**

■■ to " PS, she's the real deal. "

**WOODS (received): Oct 16, 2024 16:41:59**

❤■■ to " I wouldn't have introduced you otherwise. "

**WOODS (received): Oct 16, 2024 16:42:03**

■■ to " And Guy Gal, is the shit "

**WOODS (received): Oct 16, 2024 16:42:07**

■■ to " Also I want his name "

**WOODS (received): Oct 16, 2024 16:42:48**

I love your name. In fac, I have given you the nickname of RyWy. ■■

**WOODS (received): Oct 16, 2024 16:43:43**

And yes, I agree on both assessments. I love Hilary and feel connected to Guy. I think it's a good fit. IF I ever get to be president of the Alliance, I think I will need Side in order to keep my business running smoothly.

**RYAN (sent): Oct 16, 2024 16:44:08**

■■ to " I love your name. In fac, I have given you the nickname of RyWy. ■■ "

**RYAN (sent): Oct 16, 2024 16:44:20**

Rywyallianceguy is my handle on all of my social

**RYAN (sent): Oct 16, 2024 16:44:22**

Lol

**RYAN (sent): Oct 16, 2024 16:44:34**

❤■■ to " And yes, I agree on both assessments. I love Hilary and feel connected to Guy. I think it's a good fit. IF I ever get to be president of the Alliance, I think I will need Side in order to keep my business running smoothly. "

**RYAN (sent): Oct 16, 2024 16:44:39**

*when

**RYAN (sent): Oct 16, 2024 16:44:40**

Not if

**RYAN (sent): Oct 16, 2024 16:44:45**

I'm not going to let this vanish.

**WOODS (received): Oct 16, 2024 16:45:10**

❤■■ to " Rywyallianceguy is my handle on all of my social "

**RYAN (sent): Oct 16, 2024 16:45:14**

David and Mary recently reminded me that I'm in charge. That I'm the CEO. It was kind of an epiphany to be real honest. I know it sounds ridiculous, but for a while there I had lost that.

**WOODS (received): Oct 16, 2024 16:45:21**

❤■■ to " I'm not going to let this vanish. "

**WOODS (received): Oct 16, 2024 16:45:33**

■■ to " David and Mary recently reminded me that I'm in charge. That I'm the CEO. It was kind of an epiphany to be real honest. I know it sounds ridiculous, but for a while there I had lost that. "

**RYAN (sent): Oct 16, 2024 16:46:19**

Want to talk about character assassination? Someone submitted an anonymous feedback survey from the conference that was nothing but talking about what an alcoholic I am, how I didn't show up to anything cuz I was too hungover to function, how I was sloppy drunk multiple occasions, etc. I had three drinks on Tuesday night at staff dinner, and a glass of champagne at the welcome party to toast. ■■■

**WOODS (received): Oct 16, 2024 16:47:02**

Good. I'm glad they and that you are re-realizing this. On another note, I have some suggestions on how to deal with Zaylor. We should probably talk about that by phone. In short, if he is not providing you and the board with monthly or at least quarterly updates on claims or pending litigation, he's likely in breach of his legal services agreement.

**WOODS (received): Oct 16, 2024 16:47:15**

■■ to " Want to talk about character assassination? Someone submitted an anonymous feedback survey from the conference that was nothing but talking about what an alcoholic I am, how I didn't show up to anything cuz I was too hungover to function, how I was sloppy drunk multiple occasions, etc. I had three drinks on Tuesday night at staff dinner, and a glass of champagne at the welcome party to toast. ■■■ "

**RYAN (sent): Oct 16, 2024 16:47:23**

■■ to " Good. I'm glad they and that you are re-realizing this. On another note, I have some suggestions on how to deal with Zaylor. We should probably talk about that by phone. In short, if he is not providing you and the board with monthly or at least quarterly updates on claims or pending litigation, he's likely in breach of his legal services agreement. "

**RYAN (sent): Oct 16, 2024 16:47:32**

Let's get 30 minutes on the calendar tomorrow at your convenience

**WOODS (received): Oct 16, 2024 16:47:35**

OMG. Wow. That's freaking outrageous!!

**WOODS (received): Oct 16, 2024 16:47:39**

■■ to " Let's get 30 minutes on the calendar tomorrow at your convenience "

**WOODS (received): Oct 16, 2024 16:48:07**

1:30 pm PDT? I'll send you a calendar invite.

**RYAN (sent): Oct 16, 2024 16:48:21**

Perfect

**WOODS (received): Oct 16, 2024 16:50:48**

Actually, I won't send you the invite because I only have your Alliance email address.

**RYAN (sent): Oct 16, 2024 16:51:41**

raweyandt@gmail.com

**RYAN (sent): Oct 16, 2024 16:52:00**

There's a lot to discuss.

**WOODS (received): Oct 17, 2024 15:02:05**

Can we move our call to 2:00 pm? Thanks

**RYAN (sent): Oct 17, 2024 15:17:35**

Friend, I have a 4:00, and then my oldest sister that no one knows about (lol) asked if she could come over for dinner and I'm expecting her to tell us that she's getting a divorce.

**RYAN (sent): Oct 17, 2024 15:18:08**

I took tomorrow off because that side of the family is in town now from South Dakota for the weekend which I wasn't aware of, but we could definitely catch up on Saturday or Sunday? Which might actually be more appropriate now that I'm thinking about it

**WOODS (received): Oct 17, 2024 15:18:22**

■■ to " I took tomorrow off because that side of the family is in town now from South Dakota for the weekend which I wasn't aware of, but we could definitely catch up on Saturday or Sunday? Which might actually be more appropriate now that I'm thinking about it "

**WOODS (received): Oct 17, 2024 15:18:56**

That works. Either day works for me.

**RYAN (sent): Oct 19, 2024 18:04:09**

❤■■ to a photo

**RYAN (sent): Oct 19, 2024 18:04:19**

Have to. All I've got.

**WOODS (received): Oct 19, 2024 18:07:24**

❤■■ to " Have to. All I've got. "

**WOODS (received): Oct 20, 2024 17:26:08**

I'm free for the next hour if you have time and want to chat. Just let me know.

**RYAN (sent): Oct 21, 2024 17:25:44**

RW

**RYAN (sent): Oct 21, 2024 17:25:47**

Connect tomorrow?

**WOODS (received): Oct 21, 2024 17:26:34**

Sure. What time?

**RYAN (sent): Oct 21, 2024 17:30:24**

345ct/145pt?

**WOODS (received): Oct 21, 2024 17:31:27**

Perfect

**RYAN (sent): Oct 22, 2024 19:54:44**

Had good chats with Tommie, Erin Morrison, Mary, and Michael Plagueman this afternoon. Just FYI.

**WOODS (received): Oct 22, 2024 19:58:23**

■■ to " Had good chats with Tommie, Erin Morrison, Mary, and Michael Plagueman this afternoon. Just FYI. "

**WOODS (received): Oct 22, 2024 19:58:51**

Cool. I'm still at dinner. I also spoke with Michael this afternoon.

**RYAN (sent): Oct 22, 2024 20:02:05**

❤■■ to " Cool. I'm still at dinner. I also spoke with Michael this afternoon. "

**RYAN (sent): Oct 22, 2024 20:02:16**

No worries and no rush. Take your time and enjoy. We will connect.

**WOODS (received): Oct 22, 2024 20:38:05**

I'm available now.

**WOODS (received): Oct 22, 2024 21:56:48**

I'm off to Yosemite tomorrow for a quick overnight getaway. I'll be available tomorrow night and Thursday night. I have more availability on Friday and over the weekend.

**RYAN (sent): Oct 23, 2024 08:46:28**

❤■■ to " I'm off to Yosemite tomorrow for a quick overnight getaway. I'll be available tomorrow night and Thursday night. I have more availability on Friday and over the weekend. "

**RYAN (sent): Oct 23, 2024 08:48:02**

I crashed early! Accidentally. Which, as my hubs said, means I need it? How fun. Good for you. Enjoy and we will talk in the next few days. ■ Good news is nothing is going on (knocks on wood).

**WOODS (received): Oct 23, 2024 08:48:46**

■■ to " I crashed early! Accidentally. Which, as my hubs said, means I need it? How fun. Good for you. Enjoy and we will talk in the next few days. ■ Good news is nothing is going on (knocks on wood). "

**WOODS (received): Oct 23, 2024 10:04:08**

Have I told you how much I appreciate, love, adore, and respect you lately? I am grateful that you're a part of my journey through life. I'm grateful for your friendship, above and beyond the Alliance. You've taught me so much and enhanced my life in ways I can't even describe. I look forward to speaking with you soon. Take care.

**RYAN (sent): Oct 23, 2024 10:05:30**

Awww my guy. That was perfect timing. I'm over here trying to navigate how to get things back on track now that it appears messaging is being distorted to our councils and I was feeling pretty lousy. Thank you for sending that.

**RYAN (sent): Oct 23, 2024 10:05:38**

❤■■ to " Have I told you how much I appreciate, love, adore, and respect you lately? I am grateful that you're a part of my journey through life. I'm grateful for your friendship, above and beyond the Alliance. You've taught me so much and enhanced my life in ways I can't even describe. I look forward to speaking with you soon. Take care. "

**WOODS (received): Oct 23, 2024 10:05:53**

■■ to " Awww my guy. That was perfect timing. I'm over here trying to navigate how to get things back on track now that it appears messaging is being distorted to our councils and I was feeling pretty lousy. Thank you for sending that. "

**[KEY MESSAGE]**

WOODS (received): Oct 25, 2024 10:15:24

**FYI. Justin has asked Jackie and me if we're available today for a conference call to discuss "something important" that he needs our input. Jackie and I have agreed to listen to what he has to say and we will not betray your confidence and trust.**

RYAN (sent): Oct 25, 2024 15:25:35

■■ to a photo

**[KEY MESSAGE]**

WOODS (received): Oct 25, 2024 15:29:13

**Also, the call with JZ was about recommending a CDB member to serve on the committee to search for your replacement and to serve on the committee to select new BOD members.**

RYAN (sent): Oct 27, 2024 10:13:24

Intentionally didn't respond, because as you can imagine that illicits a lot of thoughts.

RYAN (sent): Oct 27, 2024 10:34:36

I'm sure you've realized this, but this is a bit of a struggle for me. This whole process really. This whole experience for the last 2 years frankly.

**[KEY MESSAGE]**

WOODS (received): Oct 27, 2024 11:34:11

**Hey, Ryan. I completely understand. I just wanted to be transparent with you and not leave wondering what JZ wanted to discuss with us. I also wanted to let you know that Jackie and I are on the same page in our support of you. She told after the call with JZ that she hopes the board didn't force you out. I couldn't responde because of the nature of attorney-client relationship. I thought this is important for you to know that she respects you and wants the best fo you.**

**[KEY MESSAGE]**

RYAN (sent): Oct 27, 2024 14:04:16

**❤■■ to " Hey, Ryan. I completely understand. I just wanted to be transparent with you and not leave wondering what JZ wanted to discuss with us. I also wanted to let you know that Jackie and I are on the same page in our support of you. She told after the call with JZ that she hopes the board didn't force you out. I couldn't responde because of the nature of attorney-client relationship. I thought this is important for you to know that she respects you and wants the best fo you. "**

RYAN (sent): Oct 27, 2024 14:04:48

I have a little navigating to do, but my plan right now is to bring my mom to town the weekend of your party, so we can finally do the zoo and the Safari Park, and gas lamps and the water district

WOODS (received): Oct 27, 2024 14:14:26

❤■■ to " I have a little navigating to do, but my plan right now is to bring my mom to town the weekend of your party, so we can finally do the zoo and the Safari Park, and gas lamps and the water district "

WOODS (received): Oct 27, 2024 14:14:33

Love it!!

RYAN (sent): Oct 27, 2024 21:08:45

> You should know that I just sent an email to several people directed to Justin, with Zalore, Austin and others cc'd. Justin has set at the last two board meetings that you are claiming the chapters will be starting a "mutiny" if they don't get more money and some additional support. I've asked several times for clarification on this and he hasn't offered it. I'm not sure if those are your words or his, but if he is confidence enough to sit in the boardroom and use the word mutiny then I need to push him to get a full explanation. I hope you understand that.

**RYAN (sent): Oct 27, 2024 21:09:20**

> I DO NOT want this to come back around in any way, shape, or form to hurt you if you're just doing your job and relaying messages. My concern is that he continues to make ambiguous statements without backing them up or giving any circumstantial evidence to support what he is saying in the boardroom.

**WOODS (received): Oct 27, 2024 21:09:30**

> ■■ to " You should know that I just sent an email to several people directed to Justin, with Zalore, Austin and others cc'd. Justin has set at the last two board meetings that you are claiming the chapters will be starting a "mutiny" if they don't get more money and some additional support. I've asked several times for clarification on this and he hasn't offered it. I'm not sure if those are your words or his, but if he is confidence enough to sit in the boardroom and use the word mutiny then I need to push him to get a full explanation. I hope you understand that. "

**RYAN (sent): Oct 27, 2024 21:09:34**

> Talk to text

**RYAN (sent): Oct 27, 2024 21:09:36**

> Sorry

**WOODS (received): Oct 27, 2024 21:12:53**

> Got it. I so appreciate. I'm not the only Delegate who has said chapter boards will walk out, not engage in "mutiny". Sacramento and Palm Springs are two of those. Kelley Swayne, President of Sacramento, is the most vocal. The CDB collectively feels that not sharing renewal revenue with the Chapters is a mistake to moral and just general support of the Chapter program. It's not just me.

**WOODS (received): Oct 27, 2024 21:13:01**

> ^it

**WOODS (received): Oct 27, 2024 21:13:20**

> *morale

**RYAN (sent): Oct 27, 2024 21:16:23**

> ■■ to " Got it. I so appreciate. I'm not the only Delegate who has said chapter boards will walk out, not engage in "mutiny". Sacramento and Palm Springs are two of those. Kelley Swayne, President of Sacramento, is the most vocal. The CDB collectively feels that not sharing renewal revenue with the Chapters is a mistake to moral and just general support of the Chapter program. It's not just me. "

**RYAN (sent): Oct 27, 2024 21:18:04**

> Well, you know the obvious. I don't think we've ever gotten a full answer or all the truth on anything. That makes sense and I understand, not necessarily in favor of or agree with thee the outcome, but understand. Do you think it would help if I made some phone calls and did some listening?

**WOODS (received): Oct 27, 2024 21:24:45**

I think we need to see the new bylaws first because this has been conveyed verbally. Justin confirmed he was there when the board vote took place and that he spoke up against it then. But, I think the change needs to be seen in writing in the bylaws. Then, I think the CDB needs to express the Chapters' disagreement with the board's decision. We didcussed this at our last CDB meeting. After that, a call from you would be helpful.

**RYAN (sent): Oct 27, 2024 21:25:20**

■■ to " I think we need to see the new bylaws first because this has been conveyed verbally. Justin confirmed he was there when the board vote took place and that he spoke up against it then. But, I think the change needs to be seen in writing in the bylaws. Then, I think the CDB needs to express the Chapters' disagreement with the board's decision. We didcussed this at our last CDB meeting. After that, a call from you would be helpful. "

**RYAN (sent): Oct 27, 2024 21:25:32**

He voted for it lol

**RYAN (sent): Oct 27, 2024 21:25:52**

But I agree. Those bylaws must be published.

**RYAN (sent): Oct 27, 2024 21:26:13**

I'll connect with Austin tomorrow on that part

**RYAN (sent): Oct 27, 2024 21:27:15**

Also just for general awareness, as a C6 organization board meetings are public unless advertised otherwise no less than 30 days ahead of the scheduled meeting. Which means anyone who is a member of the organization can request a copy of the minutes, or even request to be a guest at the meeting.

**RYAN (sent): Oct 27, 2024 21:27:38**

I think it would be a good idea if you brought that up at the next CDB or town hall, and let folks know that it was confirmed by me.

**RYAN (sent): Oct 27, 2024 21:29:47**

I have said this to you, but we continue to move closer and closer to how NAGLREP looked... It scares the shit out of me. Decisions are being made in a vacuum, and now I'm not even part of the majority of them, or even consulted much less.

**WOODS (received): Oct 27, 2024 21:33:54**

■■ to " He voted for it lol "

**WOODS (received): Oct 27, 2024 21:34:14**

■■ to " Also just for general awareness, as a C6 organization board meetings are public unless advertised otherwise no less than 30 days ahead of the scheduled meeting. Which means anyone who is a member of the organization can request a copy of the minutes, or even request to be a guest at the meeting. "

**WOODS (received): Oct 27, 2024 21:34:21**

■■ to " I think it would be a good idea if you brought that up at the next CDB or town hall, and let folks know that it was confirmed by me. "

**WOODS (received): Oct 27, 2024 21:34:49**

■■ to " I have said this to you, but we continue to move closer and closer to how NAGLREP looked... It scares the shit out of me. Decisions are being made in a vacuum, and now I'm not even part of the majority of them, or even consulted much less. "

**RYAN (sent): Oct 27, 2024 21:39:09**

Mom and Michael both confirmed!!!

**RYAN (sent): Oct 27, 2024 21:39:15**

We're coming to SD bitches

**WOODS (received): Oct 27, 2024 21:39:16**

I didn't know that, but I will bring it up. Jackie and I have requested and Justin agreed to have 5 minutes at the board meetings to personally deliver the CDB's concerns and questions to the board directly without any filter. Justin also asked for a written report to present to the board as well.

**WOODS (received): Oct 27, 2024 21:39:33**

■■ to " We're coming to SD bitches "

**WOODS (received): Oct 27, 2024 21:42:37**

I think that's Kelley's and others concerns is that this is becoming another NAGLREP. We need to stop that from spreading. It will be like a killer virus if it does.

**RYAN (sent): Oct 27, 2024 21:47:29**

And now you understand 50% of how I came to my outcome. I will not be a part of that. I can only control my word and my reputation at this point, and I need the members to see that this isn't happening at my doing. And Anita and Justin have erased almost everything Dave and Erin have done. It's devastating.

**RYAN (sent): Oct 30, 2024 14:02:50**

Just so you're aware, I just sent Kellie a one-off email encouraging her to continue to ask questions until she gets the documents or the answers to the questions

**RYAN (sent): Oct 30, 2024 14:03:03**

I told her that you have been running her concerns directly to me, and that I have been working in the background to try and make it possible but that ultimately it's up to Justin and the board

**RYAN (sent): Oct 30, 2024 14:03:44**

I will not let JZ throw anyone under the bus for this. He has known about this for weeks or months and has done nothing.

**WOODS (received): Oct 30, 2024 14:04:03**

■■ to " Just so you're aware, I just sent Kellie a one-off email encouraging her to continue to ask questions until she gets the documents or the answers to the questions "

**WOODS (received): Oct 30, 2024 14:04:15**

■■ to " I told her that you have been running her concerns directly to me, and that I have been working in the background to try and make it possible but that ultimately it's up to Justin and the board "

**WOODS (received): Oct 30, 2024 14:04:22**

■■ to " I will not let JZ throw anyone under the bus for this. He has known about this for weeks or months and has done nothing. "

**WOODS (received): Oct 30, 2024 14:04:41**

Thank you. I so appreciate you.

**RYAN (sent): Oct 30, 2024 15:56:50**

That one got me

**WOODS (received): Oct 30, 2024 15:57:04**

❤■■ to " That one got me "

**RYAN (sent): Oct 30, 2024 15:57:34**

We're almost out of the financial hole

**WOODS (received): Oct 30, 2024 15:57:55**

I'm so glad he posted that on social media. Others need to see it and take it to heart.

**WOODS (received): Oct 30, 2024 15:58:00**

■■ to " We're almost out of the financial hole "

**WOODS (received): Oct 30, 2024 15:58:11**

Wow. That's fantastic!

**WOODS (received): Oct 30, 2024 15:58:46**

Again, that's all because of your leadership.

---

■■ Nov 2024 ■■

**RYAN (sent): Nov 3, 2024 13:05:07**

❤■■ to a photo

**RYAN (sent): Nov 4, 2024 14:53:33**

You're a leader.

**RYAN (sent): Nov 4, 2024 14:53:36**

It's that simple.

**WOODS (received): Nov 4, 2024 15:01:00**

I appreciate that. You saw that Brianna came after in the post in a similar manner that she did towards Scott. I was going to send this to the group in that email, obviously not including Scott. If you think I shouldn't do that, let me know. I think we have a concerning pattern here, however, and the Governance Committee needs to know. Thanks.

**RYAN (sent): Nov 4, 2024 15:04:39**

This is how a community devours itself.

**RYAN (sent): Nov 4, 2024 15:04:46**

I think this is his plan frankly.

**WOODS (received): Nov 4, 2024 15:04:56**

■■ to " This is how a community devours itself. "

**RYAN (sent): Nov 4, 2024 15:05:06**

And I think the newest one he sent out today is a trap for me to leak information to Gabby

**WOODS (received): Nov 4, 2024 15:05:16**

Exactly. Erin stated in a comment so eloquently.

**RYAN (sent): Nov 4, 2024 15:06:21**

But I can tell you one thing my friend, I brought Gabby into this organization, and I'm not going to let anyone assassinate her character

**WOODS (received): Nov 4, 2024 15:06:35**

■■ to " But I can tell you one thing my friend, I brought Gabby into this organization, and I'm not going to let anyone assassinate her character "

**WOODS (received): Nov 6, 2024 15:13:28**

I'm in such a dark space today, but I'm also in such a fit of rage. I need my friends today, now more than ever. I love the Alliance. I truly appreciate you for what you have built. I am so happy to be a part of this organization, in spite of its current dysfunction. I just want to punch something. However, this election will not get the best of me or our community, Ryan. I will put my life on the line for it. Literally. Thanks for listening. Thanks for being you. Thanks for everything that you do.

**RYAN (sent): Nov 6, 2024 15:14:41**

Go punch something (Just don't hurt yourself or anyone else)

**RYAN (sent): Nov 6, 2024 15:14:46**

Okay, almost anyone else

**RYAN (sent): Nov 6, 2024 15:16:21**

Leadership is hard because you're typically the first one to go out on the limb, and all you can do is hope that you've inspired some people to follow you out. But when you struggle to rationalize why you're going out on the limb first giving everything you know about how unstable the limb is, well, that's when character is defined. We keep working, and we keep showing up. Because the people who show up get to make the decisions.

**RYAN (sent): Nov 6, 2024 15:16:41**

Professional Ryan put this out at 6a

**RYAN (sent): Nov 6, 2024 15:17:09**

Personal Ryan is heavily sedated on Klonopin currently

**WOODS (received): Nov 6, 2024 15:21:33**

■■ to " Go punch something (Just don't hurt yourself or anyone else) "

**WOODS (received): Nov 6, 2024 15:22:01**

❤■■ to " Leadership is hard because you're typically the first one to go out on the limb, and all you can do is hope that you've inspired some people to follow you out. But when you struggle to rationalize why you're going out on the limb first giving everything you know about how unstable the limb is, well, that's when character is defined. We keep working, and we keep showing up. Because the people who show up get to make the decisions. "

**WOODS (received): Nov 6, 2024 15:22:13**

❤■■ to " Personal Ryan is heavily sedated on Klonopin currently "

**WOODS (received): Nov 6, 2024 15:22:18**

■■ to " Professional Ryan put this out at 6a "

**WOODS (received): Nov 6, 2024 15:22:54**

❤■■ to a photo

**WOODS (received): Nov 6, 2024 15:23:42**

That is it. It absolutely sums it up. Thank you, thank you, thank you. I am more inspired than ever.

**RYAN (sent): Nov 8, 2024 17:13:05**

> www.ufho.org

**WOODS (received): Nov 8, 2024 17:17:15**

■■ to " www.ufho.org "

> **RYAN (sent): Nov 13, 2024 10:26:35**
>
> ■■ to " I can't talk right now. I'll call you back shortly. "
>
> **RYAN (sent): Nov 13, 2024 10:26:44**
>
> Just wanted to have a quick chat before you called Bryan.

**[KEY MESSAGE]**

> **RYAN (sent): Nov 27, 2024 10:59:59**
>
> **You and I still have attorney client?**

**WOODS (received): Nov 27, 2024 11:02:24**

Yes

**WOODS (received): Nov 28, 2024 11:48:17**

Hey you. I know you're going through so much right now. I just wanted you and Michael to know how grateful I am to know you and call you my colleague and, more importantly, my friend. Thank you for all that you do. Happy Thanksgiving.

> **RYAN (sent): Nov 28, 2024 12:41:26**
>
> My dear, dear friend... You've been a true rock for me over the last year. Getting to know you better and better has truly been one of those things no one can take away from me, and I'm grateful and blessed for it, Richard. I believe we all wander in and out of each other's lives at random points of time, but we can all play a role while we're there. You have certainly done so for me. ■ And, the show goes on. The years will judge us, but I'm proud to have someone identified as a moral, ethical leader, and friend.

**WOODS (received): Nov 28, 2024 12:45:39**

❤■■ to " My dear, dear friend... You've been a true rock for me over the last year. Getting to know you better and better has truly been one of those things no one can take away from me, and I'm grateful and blessed for it, Richard. I believe we all wander in and out of each other's lives at random points of time, but we can all play a role while we're there. You have certainly done so for me. ■ And, the show goes on. The years will judge us, but I'm proud to have someone identified as a moral, ethical leader, and friend. "

---

■■ Dec 2024 ■■

---

> **RYAN (sent): Dec 2, 2024 16:34:53**
>
> Well sir, I have bad news. Unfortunately we're not going to make it out to San Diego this week. It's been an interesting several months to say the least, even more interesting last 10 days. Home is the best place for Michael and I right now.

**WOODS (received): Dec 2, 2024 16:39:36**

I completely understand. I was so looking forward to seeing and Michael, and meeting your mom, but I totally get it and was actually thinking you wouldn't be able to make it. I only know a small amount of what you've been through, so I can only imagine what the full extent of everything that you've been through recently. Stayed grounded. Stay safe. Be with Michael and enjoy each other's company at this time. There will be plenty of time for you to visit San Diego and for us to connect. Take care and happy holidays. ■■■■■

**RYAN (sent): Dec 2, 2024 16:40:28**

We will reflect on this conversation sooner than you think my friend

**WOODS (received): Dec 2, 2024 16:40:37**

❤■■ to " We will reflect on this conversation sooner than you think my friend "

# END OF EXHIBIT 1

307 messages | October 7, 2022 -- December 2, 2024

I declare under penalty of perjury that the foregoing is a true and accurate conversion of the Samsung SMS Backup & Restore archive file sms-20260505085854.xml to human-readable PDF format. The messages are presented verbatim and in chronological order.

/s/ Ryan A. Weyandt
Ryan A. H. Weyandt, Defendant Pro Se
Dated: May 7, 2026