**Performance Improvement Plan (PIP)**



TO: Ryan Weyandt, CEO
FROM: Boad of Directors
DATE: 10/23/2023
SUBJECT: PERFORMANCE IMPROVEMENT PLAN

Over the past few years, we have had several discussions regarding your performance, most recently on September 1, 2023. You've been given several verbal warnings by each prior National President of the LGBTQ+ Real Estate Alliance since the organization's inception. We discussed the issues below and have pointed out the severity of these issues and the need for you to correct them immediately.

1. On more than one occasion while representing the Alliance at different conferences, Ryan has spent time in his room claiming to be sick (allergies, food poisoning, etc) leaving the officers to represent the Alliance without Ryan.

2. The Stop Hate In Real Estate campaign took three or four attempts to get off the ground. Previous delays were due to the CEO not completing or honoring task deadlines. There were discussions between the CEO, Erin Morrison, Mary Mancera and David Siroty regarding the importance of the timeline. It was also mentioned by Mary and David that they did not want to work on the campaign if the Alliance didn't follow the timeline, or weren't going to follow through. This was to protect the reputation of the Alliance, as well as their reputations with media, corporate and association partners. When the CEO took unexpected time off prior to the September 1, 2023, performance discussion, Erin had to take over the project and make executive decisions on behalf of the CEO.

1. It's common place for the CEO to reschedule meetings or be a no call no show for meetings. In August, the CEO was a no-show on a partner call with Bank of America that he, himself had scheduled or had authorized Alayna Gohl to schedule on the CEO's behalf, or failed to properly inform Alayna of his unavailability meetings on the date/time it was scheduled.

2. The CEO risked putting the Alliance in a horrible position with XOBC wines. This was a relationship that Erin Morrison brought to the Alliance with hopes of spotlighting the company at the conference. The goal was for XOBC wines to be the preferred wine vendor at the 2023 conference, as well as offering one of the founders a spot to speak and provide a wine tasting to the membership. After Giselle spoke with the hosting hotel in August, there was a major issue with pricing and we were unsure if XOBC would be able to participate as a result. Then, a message went out to all attendees asking for them to RSVP to the wine tasting event. This message was also sent to XOBC. XOBC responded that they were very displeased considering the wine tasting nor the founder speaking had been communicated to them or confirmed. Mary and Erin had to engage in damage control in order to resolve the dispute/conflict.

3. The CEO has a repeated history of not returning emails, or taking 2-4 weeks to respond to emails, even from board members.

4. Regarding the Stop Hate in Real Estate campaign, the CEO was charged with reaching out to the other diverse segments (AREAA, NAHREP, NAREB) to see if they would participate. He had brief conversations with AREAA and NAHREP, but nothing more. As to our knowledge, the CEO had never received written confirmation from NAREB of their participation. He pushed out a



Facebook post with the Stop Hate In Real Estate logo that mentioned that AREAA, NAHREP, and NAREB were on board when the Alliance had only received formal confirmations from AREAA. The board was extremely concerned about the legal implications regarding this action. In addition, a newsletter was sent out in August to all membership again stating NAREB was partnering on this campaign.

5. The Conference planning and agenda are ALWAYS pushed off to the last minute. It had been requested from Giselle and Mary multiple times prior to September 2023 to have invitations and speaker confirmations well in advance of the scheduled event. This happened in 2023 under Erin's term, as well as 2022 with Dave Gervase's term. In August 2023, Giselle called Erin saying she will not work with the CEO again on conferences due to how stressful it had become without having a final agenda in a timely fashion.

6. Reimbursements take months, at times, to be processed.

7. The CEO has taken time off without the knowledge of the staff and/or board leadership leaving parties to scramble to fill in the gaps in his absence.

It seems we are faced with a serious issue. As a result, it will be necessary to place you on a performance improvement plan. Starting immediately, you will be responsible for successfully meeting the following objectives and correcting the issues mentioned below, or further disciplinary action, up to and including termination, will occur. Once corrected, we expect you to continue abiding by our work rules and policies. This Performance Improvement Plan is currently scheduled to 90 days.

*Specific Expectations List*:

1. Establish/Define systems that need to be in place so that the Board and staff can assist you in your duties. Must be delivered to the National President within 20 days of this notice.
2. Attend a standing one-hour meeting with National President of the LGBTQ+ Real Estate Alliance every Thursday at 2:00 pm CST. If meeting must be rescheduled it will be CEO's responsibility to do so no later than 12:00 pm on the previous Monday.
3. Full financials (balance sheet, income statement, cash flow statement) must be presented to the Board of Directors within 30-days of this PIP.
4. Provide John Thorpe with the requested information regarding board membership by 5:00 pm CST on October 13, 2023. [This has been completed.]
5. Respond to potential board member inquiries no later than 5:00pm CST on October 6, 2023. [This has been completed.]
6. Response times to emails should not be longer than 72 hours (outside of conference attendance and must have out-of-office notification activated and identify an alternative contact).
7. Develop draft CEO job description within 45 days of this PIP.
8. Develop job description for Alayna Gohl's position of Executive Operations Assistant within 30 days of this PIP.
9. Develop a draft procedure manual including, but not limited to, the sections below:

   - Employment procedures
   - Work from home policies
   - Organization culture
   - Employee benefits
   - Communication policies

- Payment procedures
- Workplace guidelines
- Employee code of conduct
- Technology usage procedures

10. Never be a no call no show for any meeting.
11. Meet all established project deadlines.
12. Limit the rescheduling of meetings to no more than four times total per month.
13. Ensure conference speaker invitations are sent out no later than six months from the start date of the conference. Ensure conference speaker confirmations are sent out no later than 90-days prior to the start date of the conference.
14. Reimbursements processed within 30-days of receipt.
15. Do not send out any communications identifying third-party organizations as partners unless/until clear written communication from them confirming their agreement to participate has been received.
16. Time off notification must be submitted to both the National President of the LGBTQ+ Real Estate Alliance, Mary Mancera, and Alayna Gohl at least fourteen days prior to requested time off vacation. CEO must identify and empower a decisionmakers in his absence. CEO must complete as must "prework" prior to taking any time off as possible to ensure his staff has prioritized their work and to ensure that their deadlines are not missed.
17. Calendar must be complete with all forthcoming travel and meetings while being shared with the National President of the LGBTQ+ Real Estate Alliance, Mary Mancera, and Alayna Gohl.
18. Assist in the completion of the board decision matrix.
19. A travel moratorium is in place. Please provide the National President of the LGBTQ+ Real Estate Alliance with a calendar showing requested business travel for the next six-months for approval by the executive committee.
20. Until the board decision matrix is completed, the CEO must secure approval from the executive committee for any expenditure over $25,000 and the full board for expenditures of over $75,000.
21. Proposed January 2024 through June 2024 budget must be submitted to the Board of Directors.
22. Finalize and execute new employment contract within 30 days of this PIP.

Because you play an important role here, you must take the necessary steps to correct this situation. We believe that you will be able to achieve these objectives, and we will be working closely with you in an effort to ensure your success. As always, we will be available to coach and counsel you in any areas you require. You will be required to attend bi-monthly progress meetings with the National President of the LGBTQ+ Real Estate Alliance and/or their designee through the end of this PIP. As a result of this PIP, your next salary review date will be delayed until December 31, 2024.

Your signature below confirms your understanding of this document and our discussion and your agreement to meet and potentially exceed the objectives outlined.

RYAN WEYANDT

Ryan Weyandt

Ryan Weyandt - Signature

\* Signing in acknowledgment of receipt and review, but not in agreement with all allegations

10/25/2023

_____

Immediate Past National President
Erin Morrison

_____

Immediate Past National President - Signature

_____

National President
Anita Legacy Blue

_____

National President - Signature