LGBTQ+ Real Estate Alliance

Board of Directors Update

Delivered by – Ryan Weyandt, CEO

October 15, 2024

**Oct BoD Meeting: Quick recap (Zoom AI)**

The meeting focused on the alliance's mission to empower the LGBTQ+ community through education, with discussions on the importance of continuity and leadership within the organization, financial challenges, and the need for effective communication. The team also discussed the progress made in financial management, the recent vote and the completion of their governing body, and the importance of strategic messaging related to observances relevant to the community. Lastly, the formation of a committee for the executive search and the Chapter Delegate Board's new monthly reporting process were announced, along with warnings about potential chapter revolts if membership revenue is not received.

**Next steps (Zoom AI)**

- Ryan to upload detailed meeting report to Basecamp

- Pip to connect with Tommy regarding chapter election runoff process

- Board to form a committee dedicated to leadership development and retention

- Staff to finalize and deploy onboarding document for chapter leaders within 30 days

- John Lynah to review financial statements with Ryan and auditors

- Austin to coordinate Board review of strategic plan with staff executive team

- Gabrielle to lead creation of a group for strategic messaging on LGBTQIA+ observances

- Zaylore to complete ongoing investigations by end of next week

**Updates:**

- **Finances**
  - J. Lynah
    - Chart of Accounts completed to enable us to accurately categorize; budget
    - 2023 Financial & Non-profit Audit ongoing (will be used to re-apply for credit)

EXHIBIT
12
Weyandt
PENGAD 800-631-6989

EXHIBIT
F

- Reimbursements continue to flow to members despite the tight operating budget currently. John and Alex are managing this on a submission basis.
  - o (REMINDER) Expensify
    - We have severed the connection with Expensify since it did not fit our needs after deployment
  - o Balances: Cash-on-hand
    - BoA
      - Operating: $16,616
      - Chapter: $2,615
      - Credit Card: $13,366 (balance due)
    - Chase
      - Operating: $1,414
      - Chapter: $4,723

- **National Event updates**
  - o 2025 ETA renegotiation
- **SHIRE updates**
  - o Need strategic intent on if the Board wants to continue to move forward with the initiative, and what that looks like.
- **Partner additions/renewals**
  - o Results of partner meetings in Vegas:
    - First American: Mary was given a budget to take FATCO team to dinner - huge win. They pledged to renew at $50k for 2025 and pick up a conf or symposium sponsorship (likely under $15k)
    - Freddie Mac: Ongoing discussion about our engagement and where we can go with it. GSE's are being cracked down on tighter. Freddie has recommitted to same level ($60k)
    - Truist: Concerns that we were at risk for losing Truist but recent exchanges indicate otherwise. They have committed to returning as a partner in 2025 with a commitment to attend events (no national presence to date) - $35k

2

Other Partners

- loanDepot: committed to increasing their profile with us.
- CrossCountry Mortgage: CCM is a conservative IMB. They will need to do this in steps. Timing is right for their planning cycle and she vows to get us on their radar.
- Sponsor losses - Net 2 (maybe 3rd)
    - Cited main stage JEDI session from ETA25?

o Receivables outstanding

- CB Luxury - $20,000 (Conf.)
- Sotheby's - $20,000 (Conf.)
- California Realtors - $10,000 (annual)

- **Membership**
    - o Overview

| Membership Stats | | ∧ ∨ ▲ |
| --- | --- | --- |
| | Signups | All Cancellations |
| ▼ Today | 2 | 1 |
| - Professional Membership | 1 | 1 |
| - Consumer Profile | 0 | 0 |
| - Professional Membership Monthly | 1 | 0 |
| ▼ This Month | 41 | 40 |
| - Professional Membership | 28 | 34 |
| - Consumer Profile | 0 | 0 |
| - Professional Membership Monthly | 11 | 6 |
| ▼ This Year | 802 | 817 |
| - Professional Membership | 605 | 673 |
| - Consumer Profile | 0 | 1 |
| - Professional Membership Monthly | 127 | 109 |

3

o   Revenue

**Sales and Revenue**                              ∧  ∨  ▲

|  | Sales | Revenue |
|---|---|---|
| ▸ Today | 5 | $640.00 |
| ▸ This Month | 225 | $26,090.00 |
| ▾ This Year | 4,419 | $515,750.21 |
| - $225.00 | 142 | $31,950.00 |
| - $200.00 | 1,862 | $372,400.00 |
| - $150.00 | 127 | $19,050.00 |
| - $75.00 | 119 | $8,925.00 |
| - $20.00 | 2,026 | $40,520.00 |

- July
  - $25k renewals
  - $13k new
- August
  - $6,915 new
  - $27,610 renewals
- September
  - $8,750 new
  - $38,795 renewals
- October (mid-month)
  - $5,025 new
  - $21,105 renewals

4

- **Member Experience**
    - o Launched travel benefit for members
    - o Need to work on retention plan/strategy
- **Chapter updates**
    - o New Chapters:
        - New chapter onboarding has been suspended for Q4 2024 for financial reasons
    - o Chapter Members:
        - 
    - o Chapter Events:
        - 
    - o Other Items to Note:

        Election Info
        - For chapters with 1 or 2 seats to be filled (which is 90%)
            - Chapter Delegate can work with current board members to find members to fill those seats
            - Candidates must be voted on & approved by the current board, with the Delegate acting as a tie-breaker if needed.
            - Once approved, candidates presented to CDB for final approval
        - For chapters with more than 2 seats to be filled
            - Regular election with call to chapter members to apply, and have Delegate and current board members do personal outreach
            - Have the chapters been evaluated by CDB?
        - For all chapters
            - The process should be completed within the next month