← 12/05/2024 Q4 MINUTES Special Meeting of the Board of Directors



**LGBTQ+ REAL ESTATE**

alliance

Meeting of the Board of Directors
Dec 5, 2024
Quarter 4, 2024
# MINUTES

→ **Call to Order (Chair)**
→ **Roll Call of the Board (Secretary)**
  ◆ Justin Ziegler, Tommy Wehrle, John Lynah, Austin Rowe, Anita Blue, Tim Hur, Monty Smith, Derek Lee, Jim Schiefelbein
  ◆ Non-voting members: Timothy Garvey (Parliamentarian), Ryan Weyandt (CEO)
→ **Procedural Duties**
  ◆ Opening Greeting with Chair
  ◆ Discussion of Board of Directors qualifications, attributes, etc we should be looking for in potential candidates
→ **CEO Update**

  ◆ President Ziegler Sworn-in as prescribed in the Bylaws

  ◆ Ryan re-confirmed his resignation from the September Board Meeting

  ◆ He would also make himself available for the President/Interim-CEO

  ◆ Ryan W. requests a 45 day Leave of Absence

    • Requests 45 day salary to remain

    • Mary Mancera to be named interim-CEO

  ◆ Ryan W. went on to brief the BOD on his reasoning and requests.

  ◆ Ryan W. left the meeting shortly after



→ **Committee Status Updates**
  ◆ Finance: John Lynah (Chair) **(20 Minutes)**
    • Alliance Financial Standpoint
→ **New Business**
  ◆ Tommie Wehrle Nominated Erin Morrison for Board of Directors
  ◆ Nomination application to be sent by Secretary to nominees
  ◆ Chair Blue nominated Jim Schiefelbein to the nominating committee to fill the vacated seat.
→ Board of Directors went into Executive Session
→ Board Actions



**EXHIBIT**
**G**

← 12/05/2024 Q4 MINUTES Special Meeting of the Board of Directors

- Motion: Jim Schierelbein
- Second: Tim Hur

→ **Adjournment**