9:19

1/1 result found

Also...

Today is third of a voluntary 45-day personal leave, at the end of which my voluntary resignation will be submitted and implemented.

Dave Gervase and Gabrielle Claiborne also resigned.

I've left Mary Mancera as the interim CEO, and hopefully she can hold things over until the board get ↓ r shit together and hires my

⊕  RCS mess...  ☺  🖼  ⑅|||



EXHIBIT
16
Wayandt



EXHIBIT
H



9:20 •     5G 91

← interim    📞 📹 ⋮

1/1 result found    <    >

need time to reset, recalibrate, and find myself again. That 5 years took a toll much heavier than that.

I apologize that I wasn't able to tell you in person, or sooner, I wanted to talk at your party, but I was asked not to say anything, and that has been very challenging. You understand.

6:12 PM 🔒

Friday, Dec  24 • 6:22 PM

⊕ RCS mess... ☺ 🖼 ᰭ

 ○ <