

## Fwd: Exciting Changes & The Alliance in 2025
1 message

**Ryan Weyandt** <Ryan@realestatealliance.org>                    Sun, Dec 29, 2024 at 10:53 AM
To: Ryan Weyandt <raweyandt@gmail.com>

Ryan Weyandt
CEO
The Alliance
c/t: 952-356-2849

*please pardon shorthand, brevity, or typos - sent from my mobile.

Please reach out to Alayna Gohl (agohl@realestatealliance.org) for any/all meeting or scheduling requests.

--------- Forwarded message ---------
From: **Justin Ziegler** <jziegler@realestatealliance.org>
Date: Sun, Dec 29, 2024, 10:39 AM
Subject: Exciting Changes & The Alliance in 2025
To: Chapter Delegate Board <CDB@realestatealliance.org>
Cc: Staff <staff@realestatealliance.org>, Board of Directors <board@realestatealliance.org>



Chapter Delegates,

A few leaders have been reaching out because Ryan Weyandt changed his Linked-In to announce a "Career Transition / Career Break" and many questions from leaders have followed.

We will be making a more public announcement very shortly but wanted you to be among the first to know. Ryan Weyandt has resigned his position as our founding CEO to tend to personal matters and take time to explore the next chapter of his professional journey.

Mary Mancera — who has been with our organization since its inception — has been appointed by our Board to serve as interim-CEO to help ensure the Alliance's operational continuity. (Mary currently serves as our Sr. Vice President, Industry Relations).

The Alliance Board of Directors has assembled an executive Search Committee. Over the next few weeks, we will be working diligently to find our next CEO. During this period, our Board's top strategic priority will be to find the best individual to lead our skilled and dedicated Professional Staff and to partner with our Volunteer Leadership in maintaining a stable and effective Alliance.

Ryan has played an important role in expanding our organization since its founding in 2020, helping establish and grow the influence of Alliance chapters across North America within the real estate space and well beyond. We are profoundly grateful for his service and all that he has accomplished during his tenure with us.

We thank Ryan for his dedication to the Alliance and the LGBTQ+ families and individuals his work has touched across the nation — and all that he has done to help us advance our mission to advocate, elevate and celebrate.

As we go into the new year, this is an exciting time for the Alliance. Our organization has grown tremendously and, 2025 will be a year to take us to the next level. I hope that you have a very relaxing holiday season, a safe and happy new years and join me in the new year, poised and ready to grow this organization we all love so much!

EXHIBIT

Best always,
JZ

# Justin "JZ" Ziegler

2025 National President & Board Chair
LGBTQ+ Real Estate Alliance
c/t. 404.822.7967
www.realestatealliance.org
Pronouns: He/Him

---

📷 **AlorK4ybN9k6wMKO8NiJEriGn32zpJ_8xlpnMNzB5okAFBVmDjvwuKUmPa8X0oCAZ84VzKMj3aSwcjw.png**
7 KB