Gmail

R A <raweyandt@gmail.com>

## Re: Email System Transfer

1 message

**Ryan Weyandt** <raweyandt@gmail.com>
To: Alayna Gohl <agohl@realestatealliance.org>

Thu, Feb 6, 2025 at 5:01 PM

See attached as reference

On Thu, Feb 6, 2025, 4:59 PM Ryan Weyandt <raweyandt@gmail.com> wrote:

Hey there.

Please let Mary know that until I get my last paycheck, I'm unable to assist. Please tell someone over there that payroll is paid in arrears for time worked, not in advance for hypothetical time that will be worked. The last paycheck that was due last Friday was for the last 2 weeks of my approved leave. This has been communicated to John, and via my attorney to Zaylore. I'm unsure if Mary is aware or not, as this doesn't seem like something she would let happen.

Once it deposits in my account and I receive the final paystub from Heartland I can go ahead and handle this for you all. I want to be very clear that this money should not be deposited into my account or sent to me from QuickBooks or any other payment service. It must be sent to me the legitimate payroll way, and I need the check stub for the transaction.

Thanks, Alayna. I hope you're doing okay.

RW

On Thu, Feb 6, 2025, 4:39 PM Alayna Gohl <agohl@realestatealliance.org> wrote:

Hi Ryan,

I hope you are doing well, we've been going through our accounts and trying to close the loop on all outstanding admin changes. The alliance google emails are still under your admin control and we'd like to get that switched over to Mary as soon as possible.

To assign an admin:

1. Go to the Google Admin console
2. Select Menu > Directory > Users
3. Click the user's name
4. Click Admin roles and privileges
5. Click the role you want to assign
6. Click the slider next to the role to Assigned
7. Click Save

Please let me know if you have any questions about this request.
Thank you,
--





## Alayna Gohl

Operations
LGBTQ+ Real Estate Alliance
c/t. (651) 328-1555
www.realestatealliance.org
Pronouns: She/Her/Hers



*"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*



**Screenshot_20250206_165553_Gmail.jpg**
596K