**From:** Ryan
**To:** Thomas Priebe
**Cc:** Jack P. Golbranson; Amanda M. Kunkel
**Subject:** [EXTERNAL] Meet-and-Confer | Defendant"s Motion for Leave to Amend Answer and Assert Counterclaims | Case No. 0:25-cv-02745 (ECT/ECW)
**Date:** Tuesday, April 28, 2026 1:17:33 PM

---

[EXTERNAL]

Mr. Priebe,

Pursuant to Local Rule 7.1(a), I am writing to meet and confer regarding Defendant's intent to file a Motion for Leave to File an Amended Answer and Counterclaims under Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4).

Defendant intends to file a proposed Amended Answer asserting counterclaims against Plaintiff LGBTQ+ Real Estate Alliance on the following grounds:

1. Breach of Contract -- unpaid compensation and benefits
2. Breach of Contract -- unpaid severance under the employment agreement
3. Breach of Contract -- unauthorized use of pre-existing intellectual property identified in Exhibit B of the employment agreement, including the First Time Homebuyer's Guide and homebuyer education curriculum
4. Defamation and False Light
5. Breach of Fiduciary Duty by Plaintiff's board and officers
6. Tortious Interference with Business Relations
7. Unjust Enrichment
8. Abuse of Process / Malicious Prosecution

The amendment deadline under Dkt. 65 has passed, and Defendant will be seeking relief under Rule 16(b)(4) on good cause grounds, including the pendency of the parallel criminal matter, concurrent family medical hardship, and new evidence developed through and following the April 7, 2026 deposition.

Please advise by return email whether Plaintiff intends to oppose this motion. This meet-and-confer is required under LR 7.1(a) prior to filing. Defendant intends to file this motion on or before May 6, 2026, the non-dispositive motion deadline under Dkt. 65.

Ryan A. Weyandt
Pro Se Defendant
14217 Footbridge Way
Apple Valley, Minnesota 55124
(952) 356-2849
ryan.weyandt1@gmail.com

