Gmail                                    R A <raweyandt@gmail.com>

## Re: Payroll

1 message

**Ryan Weyandt** <raweyandt@gmail.com>                    Wed, Feb 12, 2025 at 3:20 PM
To: John Lynah <jlynah@realestatealliance.org>, Mary Mancera <mary@realestatealliance.org>, Richard Woods
<richtwoods@gmail.com>, Tommie Wehrle <twehrle@realestatealliance.org>

Thank you.

This email goes far. As you can imagine after not hearing anything for several days, I started narrating a story in my head to explain no check and no communication. This note knocked off a load of stress (about the relationship more than the check).

John, I get it. I worked with them too, shit happens. I appreciate the clarification and will keep an eye out, but the funds normally take 2-3 days to hit my end after they're taking out of yours.

I hope you're all doing well. I miss you all (but not too much) ;-)

Mary - Now that I know we're all good, I will start tackling the list of items you've requested from me over the past two weeks, including transferring management of the Google Workplace account. I am more than happy to jump on a call or zoom with you later to break you in on Google Workplace if desired. If not, no worries. It's great to be back on Microsoft Outlook from Google... woof.

Take care and keep fighting for us, you all. We need you.

RW

Sent from my T-Mobile 5G Galaxy Tab S10+
Get Outlook for Android



**From:** John Lynah <jlynah@realestatealliance.org>
**Sent:** Wednesday, February 12, 2025 12:38:55 PM
**To:** Ryan Weyandt <raweyandt@gmail.com>; Mary Mancera <mary@realestatealliance.org>; Richard Woods
<richtwoods@gmail.com>; Tommie Wehrle <twehrle@realestatealliance.org>
**Subject:** Payroll

Hi Ryan,

Hope you are well.
I just wanted to clear up a potential misunderstanding regarding your final pay.

Please see below my e-mail to our payroll company dated *Jan 22nd* where I instructed the payroll company to process your final pay on ***Jan 31***. This was what was agreed upon and was always the intention of the Alliance. I only learned this did not happen when I checked the bank account to confirm Mary's pay and your pay was not included.

Upon learning of this, I had the payroll company run an expedited payroll for your final pay.
I can confirm this has been deducted from our bank account.  Can you please confirm receipt.

I really am very sorry this happened but as you can see from my e-mail I was very clear with my instructions.

I just wanted to share this as the last thing I would ever want is any misunderstanding between you or the valued members on this e-mail.  We acted in good faith so I just wanted that known.  I really should have reached out to you sooner but I have been swamped at work.

I hope you can understand and my apologies in advance for any inconvenience and added frustration on your end.

Be Well, John Lynah



John Lynah <jlynah@realestatealliance.org>
to Payroll ▾

Wed, Jan 22, 10:50 AM

Thank You
Can you please also confirm Ryan will be receiving his last and final paycheck on January 31
Thank you for your assistance here - very much appreciated
John