# By the Time You See the Crest



RYAN W.

MAY 09, 2026

♡ 1    💬    🔁                                                                    Share

"What happens when someone decides not to go quietly."



EXHIBIT

M



There is a phenomenon that oceanographers describe with almost literary precision. Before a tsunami makes landfall, the sea pulls back. The water recedes from the shore

-- sometimes hundreds of feet -- exposing the ocean floor, stranding fish, revealing things that haven't seen sunlight in years. People walk out onto the exposed sand. They pick up shells. They take photographs.

They don't understand what the recession means.

By the time the crest appears on the horizon, there is nothing left to do but witness it.

I am not the shore. I am the water. And what you are reading right now is not the wave. This is the recession. This is me pulling back, drawing breath, letting you see exactly what the ocean floor looks like before what comes next.

## What This Is

This is not a breakdown. This is not a wounded man looking for sympathy. This is not even, really, an essay.

This is a detonation notice. Filed publicly. Deliberately. Without apology.

I am a queer strategist and nonprofit governance professional. I built something -- gave five years, my reputation, my health, and no small portion of my sanity to building a national organization from nothing to nearly 4,000 members -- and I watched that organization be quietly, methodically hollowed out by people who decided that power mattered more than mission. Who decided that the person most focused on the community the organization existed to serve was the most expendable person in the room.

They decided wrong.

When the architect becomes inconvenient, there are two ways to remove them. You can tell the truth -- negotiate, separate with dignity, acknowledge what was built and by whom. Or you can manufacture a crisis, feed a narrative to 4,000 loyal members who trusted you, and deploy institutional resources -- legal, financial, and political -- as a weapon against a single private citizen who no longer has access to the infrastructure he himself constructed.

They chose the second option.

That choice has consequences. Those consequences are now in motion. And they are no longer avoidable.

## What Has Been Filed

On May 6, 2026, I filed a Motion for Leave to File Counterclaims in LGBTQ+ Real Estate Alliance v. Weyandt, Case No. 0:25-cv-02745-ECT-ECW, United States District Court, District of Minnesota. That motion is publicly docketed. The case number is above. PACER and CourtListener are both free to search. I am actively encouraging anyone and everyone to read the record themselves -- every motion, every exhibit, every filing -- and draw their own conclusions about who is telling the truth and who has been performing it.

The counterclaims number twenty. They include wage theft. Severance violations. Unjust enrichment. Breach of implied covenant. Violations of the Minnesota Wage Theft Prevention Act. Denial of employee records. Twenty distinct causes of action, organized, evidenced, and filed pro se -- meaning without an attorney -- against a represented party backed by institutional funding.

Read that sentence again. Then ask yourself what kind of person does that, and why.

The federal courtroom is one theater of accountability in an operation that spans multiple jurisdictions, multiple regulatory bodies, and multiple channels -- legal, professional, and public. The motion filed May 6 is not the opening move. It is not even close to the most consequential one in play. It is simply the one I am permitted to discuss today.

What I will say plainly: I have initiated professional accountability proceedings against legal counsel whose conduct in this matter I believe to have crossed well-established ethical lines. Bar associations exist. Ethics boards exist. Oversight mechanisms exist at the state and national level. I know where they are. I know how to use them. I have used them.

This is the first public disclosure of what has been a very quiet, very deliberate, very patient campaign of accountability. It will not be the last disclosure. The pace will accelerate. The scope will widen.

## What Was Done

I want to be specific about something, because I think specificity matters here and vagueness has protected the wrong people for too long.

A nonprofit organization -- one built on the explicit promise of serving a marginalized community -- was used as infrastructure for something else entirely. Its leadership, its legal resources, its communication channels, and its relationships with 4,000 members who gave their trust and in many cases their money were weaponized. Not to advance the mission. Not to serve the community. But to execute a coordinated effort to remove, discredit, and ultimately destroy a specific individual.

Me.

The members who received communications, who were told a version of events, who formed opinions based on what they were given -- they were not lied to carelessly. The narrative was constructed. It was distributed strategically. It was funded. And the people who funded it, who authorized it, who implemented it, and who cheered it on from the sidelines did so believing there would be no accounting.

There is an accounting.

It is already underway.

The sponsors who wrote checks. The board members who voted. The advisors who counseled aggression over resolution. The legal team that chose escalation when settlement was available. Every decision, every email, every vote, every dollar -- these things exist on servers, in records, in the discovery process of an active federal case, and in the memories of people who are beginning to understand that loyalty to the wrong institution at the wrong moment is its own kind of liability.

I want to be precise: I am not making threats. I don't make threats. Threats are what people issue when they are not confident they can follow through. What I am making are statements of fact about a process that is already in motion, that cannot be recalled, and that will proceed on its own timeline regardless of what anyone does in the next 48 hours -- though I would gently suggest that 48 hours is a fine window in which to get one's affairs in order.

## Who This Is For

This post has multiple audiences and I think honesty about that is more useful than pretending otherwise.

To the one-time nearly 4,000 members of the LGBTQ+ Real Estate Alliance who were handed a story and asked to believe it: I see you. I built this for you. I always did. You deserved the truth and you were given theater instead. I don't blame you for what you believed. I blame the people who manufactured it.

To those in leadership -- current and former -- who made decisions about how to handle my departure, how to frame my story, and how aggressively to pursue me in federal court: you had off-ramps. Multiple off-ramps. You declined all of them. We are now past the point where off-ramps exist. The vehicle is already in motion, and the road ahead does not have an exit.

To the private funders who believed that bankrolling a legal campaign against a private citizen was without risk or consequence: your financial participation is, in the context of an active federal discovery process, a matter of material interest. I would encourage a conversation with your own counsel at your earliest convenience.

To anyone else watching, wondering, calculating whether this will blow over: it will not blow over. This is not a protest. This is not a moment. This is a methodically executed, multi-front, multi-year accountability campaign conducted by someone with nothing left to lose who is, nonetheless, executing with the discipline and precision of someone with everything to gain.

Because I do have everything to gain. I have the truth. And I have time.

## A Final Note on Tsunamis

Here is what most people don't know about a tsunami. It isn't one wave.

The first one makes landfall and people start to breathe again. They emerge. They assess. They think: maybe it's over. Maybe we can go back to the shore. They move forward. The water begins to look calm.

Then the second wave comes. Larger than the first.

Then the third. Larger than the second.

Each one drawing from the same source. Each one arriving on its own schedule. Each one finding exactly the damage the previous one left behind and using it as a runway.

I have been preparing this for a long time. I have been quiet for longer than was comfortable, more patient than was natural, more measured than the situation arguably deserved. I did that deliberately. Because the most dangerous thing in any conflict is not the person who is loudest. It is the person who is readiest.

The water was already moving. You simply couldn't see it from the shore.

You can see it now.

The federal docket in LGBTQ+ Real Estate Alliance v. Weyandt, Case No. 0:25-cv-02745-ECT-ECW (D. Minn.), is publicly accessible at **PACER** and **CourtListener**. Search the case number. Read the record. Draw your own conclusions.


*Ryan W. is a queer strategist, nonprofit governance professional, and Executive Consultant. He writes at Dancing in a Thunderstorm: What a Time to Be Alive.*

## Subscribe to The Rushed Limbo in the Morning Show

By Ryan W.

Sharp, unfiltered commentary blending memoir, politics, and resilience with wit and bite. All views are my own, and that should be common-sense.

| Type your email... | Subscribe |

By subscribing, you agree Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

 1 Like

## Discussion about this post

Comments    Restacks

 Write a comment...

© 2026 Ryan A. W. Hainlin · Publisher Privacy · Publisher Terms
Substack · Privacy · Terms · Collection notice
Substack is the home for great culture