**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LGBTQ+ Real Estate Alliance, a Minnesota non-profit company, | Case No.:0:25-cv-02745 (ECT/ECW) |
| Plaintiff, | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| Ryan A. Weyandt, | |
| Defendant. | |

Plaintiff LGBTQ+ Real Estate Alliance ("Plaintiff"), by and through the undersigned, hereby moves the Court for an Order granting Plaintiff's Motion for Summary Judgment. This motion is based upon the accompanying memorandum of law, and all of the pleadings, memoranda, exhibits, arguments of counsel, and the records of the proceedings herein.

**HELLMUTH & JOHNSON, PLLC**

Dated: June 12, 2026

By: _/s/Thomas H. Priebe_
    Thomas H. Priebe, ID #0395187
    David G. Hellmuth, ID #229131
    John P. Golbranson, ID #0505663
    8050 West 78th Street
    Edina, MN  55439
    Telephone:  (952) 941-4005
    Facsimile:  (952) 941-2337
    Email:  tpriebe@hjlawfirm.com
    Email:  dhellmuth@hjlawfirm.com
    Email:  jgolbranson@hjlawfirm.com
    **ATTORNEYS FOR PLAINTIFF**