**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LGBTQ+ Real Estate Alliance, a Minnesota non-profit company,<br><br>      Plaintiff,<br><br>vs.<br><br>Ryan A. Weyandt,<br><br>      Defendant. | Case No.:0:25-cv-02745 (ECT/ECW)<br><br><br>**PLAINTIFF'S NOTICE OF HEARING FOR MOTION FOR SUMMARY JUDGMENT** |

TO:   DEFENDANT ABOVE-NAMED.

PLEASE TAKE NOTICE that Plaintiff LGBTQ+ Real Estate Alliance ("Plaintiff"), through its undersigned counsel, will appear before the United States District Court, the Honorable Judge Eric C. Tostrud presiding, on **October 19, 2026, at 1:00 p.m.**, in-person, at United States District Court, 316 N. Robert Street, St. Paul, MN 55101, Courtroom 7D, requests an order in accordance with the motion and supporting memorandum of law to be filed.

**HELLMUTH & JOHNSON**

Dated:  June 12, 2026

By: _/s/Thomas H. Priebe_____
    Thomas H. Priebe, ID #0395187
    David G. Hellmuth, ID #229131
    John P. Golbranson, ID #0505663
    8050 West 78th Street
    Edina, MN  55439
    Telephone:  (952) 941-4005
    Facsimile:  (952) 941-2337
    Email:  tpriebe@hjlawfirm.com
    Email:  dhellmuth@hjlawfirm.com
    Email:  jgolbranson@hjlawfirm.com
    **ATTORNEYS FOR PLAINTIFF**